# UNITED STATES JUDICIAL PANEL
### on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

June 17, 2009

JUN 1 7 2009

GREGORY C. LANGHAM
CLERK

Gregory C. Langham, Clerk
A105 Alfred A. Arraj U.S. Courthouse
901 19th St.
Denver, CO 80294-3589

Re: MDL No. 2063 -- IN RE: Oppenheimer Rochester Funds Group Securities Litigation

Dear Mr. Langham:

Attached as a separate document is a certified copy of a transfer order that the Judicial Panel on Multidistrict Litigation issued today in the above-captioned matter. The order is directed to you for filing. Rule 1.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 428 (2001), states "A transfer or remand pursuant to 28 U.S.C. § 1407 shall be effective when the transfer or remand order is filed in the office of the clerk of the district court of the transferee district."

Today we are also serving an information copy of the order on the transferor court(s). The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred [transferor court]."

Rule 1.6(a), pertaining to transfer of files, states "the clerk of the transferor district court shall forward to the clerk of the transferee district court the complete original file and a certified copy of the docket sheet for each transferred action." **With the advent of electronic filing, many transferee courts have found that it is not necessary to request the original file. Some transferee courts will send their certified copy of the Panel order with notification of the newly assigned transferee court case number and inform the transferor courts that they will copy the docket sheet via PACER. Others may request a certified copy of the docket sheet and a copy of the complaint (especially if it was removed from state court). You should be specific as to the files you would like to receive from the transferor courts and if no files will be necessary, you should make that clear. Therefore, Rule 1.6(a) will be satisfied once a transferor court has complied with your request.**

You may find Chapter 7 of Volume 4 of the Clerks Manual, United States District Courts helpful in managing the MDL docket.

The Panel Clerk's Office maintains the only statistical accounting of multidistrict litigation traffic in the federal courts. Therefore, we would appreciate your cooperation in keeping the Panel advised of the progress of this litigation. We are particularly interested in receiving the docket numbers assigned to each transferred action by your court; the caption and docket numbers of all actions originally filed in your district; and copies of orders regarding appointment of liaison counsel, settlements, dismissals, state court remands, and reassignments to other judges in your district.

- 2 -

Your attention is also directed to Panel Rule 7.6, regarding termination and remand of transferred actions. Upon notification from your court of a finding by the transferee judge suggesting to the Panel that Section 1407 remand of a transferred action is appropriate, this office will promptly file a conditional remand order.

Attached to this letter, for your information, is a copy of the Panel Service List and a listing of the transferor court clerks with respect to this order.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *Darion Payne*

Darion Payne
Deputy Clerk

Attachments (Transfer Order is a Separate Document)

cc:    Transferee Judge:  Judge John L. Kane, Jr.
        Chief Judge Transferee District: Judge Wiley Y. Daniel

JPML Form 33

Printed on 06/17/2009

# Judicial Panel on Multidistrict Litigation - Panel Service List

## for

# MDL 2063 - IN RE: Oppenheimer Rochester Funds Group Securities Litigation

**\*\*\* Report Key and Title Page \*\*\***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**

* Signifies that an appearance was made on behalf of the party by the representing attorney.
# Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**

Docket: 2063 - Oppenheimer Rochester Funds Group SEC

For Open Cases

**Judicial Panel on Multidistrict Litigation - Panel Service List**

Docket: 2063 - IN RE: Oppenheimer Rochester Funds Group Securities Litigation

Status:   Transferred on 06/17/2009

Transferee District:   CO      Judge:   Kane, Jr., John L.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
| --- | --- |

**Abraham, Jeffrey S.**
ABRAHAM FRUCHTER & TWERSKY LLP
One Penn Plaza
Suite 2805
New York, NY 10119

=>**Phone: (212) 279-5050  Fax: (212) 279-3655  Email: Jabraham@aftlaw.com**
Augenbaum, Todd*; Bernstein, Lisl*; Laufer, Bill*; Lenhart, Helen*; Weiner, Robert

**Aufses, III, Arthur H.**
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036

=>**Phone: (212) 715-9100  Fax: (212) 715-8000  Email: aaufses@kramerlevin.com**
Cannon, John; Clinton, Paul Y.; Courtney, Thomas W.; Downes, David K.; Fink, Matthew P.; Galli, Robert G.; Griffiths, Phillip A.; Herrmann, Lacy B.; Miller, Mary F.; Motley, Joel W.; Randall, Kenneth A.; Regan, Edward V.; Reynolds, Jr., Russell S.; Tynan, Mary Ann; Wikler, Joseph M.; Wold, Peter I.; Wruble, Brian F.; Yeutter, Clayton K.

**Girard, Daniel C.**
GIRARD GIBBS LLP
601 California Street
Suite 1400
San Francisco, CA 94108

=>**Phone: (415) 981-4800  Fax: (415) 981-4846  Email: dcg@girardgibbs.com**
Lowe, Stephen*; Stockwell, Joseph*

**Graifman, Gary S.**
KANTROWITZ GOLDHAMER & GRAIFMAN PC
747 Chestnut Ridge Road
Suite 200
Chestnut Ridge, NY 10977

=>**Phone: (845) 356-2570  Fax: (845) 356-4335  Email: ggraifman@kgglaw.com**
Baladi, Michel*; Baladi, Rania*; Stokar, Ellen*

**Grant, John K.**
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111

=>**Phone: (415) 288-4545  Fax: (415) 288-4534  Email: JohnKG@csgrr.com**
Tackmann, Frank*

**Larrabee, Matthew L.**
DECHERT LLP
One Maritime Plaza
Suite 2300
San Francisco, CA 94111-3513

=>**Phone: (415) 262-4500  Fax: (415) 262-4555  Email: matthew.larrabee@dechert.com**
Cottier, Scott S.*; Fielding, Ronald H.*; Loughran, Daniel G.*; Murphy, John V.*; Oppenheimer California Municipal Fund*; Oppenheimer Rochester National Municipals Fund*; OppenheimerFunds Distributor, Inc.*; OppenheimerFunds, Inc.*; Rochester Fund Municipals*; Rochester National Municipals Fund; Stein, Richard*; Vandehey, Mark S.*; Willis, Troy E.*; Wixted, Brian W.*

**Lavallee, Nicole C.**
BERMAN DEVALERIO
425 California Street
Suite 2100
San Francisco, CA 94104-2206

=>**Phone: (415) 433-3200  Fax: (415) 433-6382  Email: nlavallee@bermandevalerio.com**
Milhem, Kenneth

**Rado, Andrei V.**
MILBERG LLP
One Pennsylvania Plaza
48th Floor
New York, NY 10119-0165

=>**Phone: (212) 594-5300  Fax: (212) 868-1229  Email: arado@milberg.com**
Begley, Bernadette*; Bock, Brendan L.*

**Sparer, Alan W.**
SPARER LAW GROUP

=>**Phone: (415) 217-7300  Fax: (415) 217-7307  Email: asparer@sparerlaw.com**
Rivera, Robert*

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

100 Pine Street
33rd Floor
San Francisco, CA 94111-5128

Squitieri, Lee                                   => **Phone: (212) 421-6492  Fax: (212) 421-6553  Email: lee@sfclasslaw.com**
SQUITIERI & FEARON LLP                                Vladimir, Bert
32 East 57th Street
12th Floor
New York, NY 10022

Toll, Steven J.                                  => **Phone: (202) 408-4600  Fax: (202) 408-4699  Email: stoll@cohenmilstein.com**
COHEN MILSTEIN SELLERS & TOLL PLLC                   Mershon, Maureen E.*
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964

**IN RE: OPPENHEIMER ROCHESTER FUNDS
GROUP SECURITIES LITIGATION**                    MDL No. 2063

## INVOLVED CLERKS LIST

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312
**MDL Clerk NYSD/NYSD/02/USCOURTS**

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489
**SFmdl_clerk@cand.uscourts.gov**

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818
**NYEDml_MDL_Contacts**

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805
**Intake2 Pawd/PAWD/03/USCOURTS**