UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Master Docket No. 09-md-02063-JLK-KMT (MDL Docket No. 2063)

IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION

This document relates to:   09-cv-1368-JLK-KMT (EGTS)
                                      09-cv-1483-JLK-KMT (WOODS)

**ORDER**

Kane, J.

      The Motion of Interested Parties Dharamvir Bhanot, John Galganovicz and William E. Miles ("OPMF Investor Group") for Leave to File Motion for Lead Plaintiff (doc. #11), filed June 29, 2009, is GRANTED.  The OPMF Investor Group's Lead Plaintiff Motion (doc. #11-2) is deemed filed in compliance with the deadline of June 29, 2009, as required by PSLRA.

      Dated:  June 29, 2009

                                                  BY THE COURT:

                                                  ***S/John L. Kane***
                                                  SENIOR U. S. DISTRICT JUDGE