A CERTIFIED TRUE COPY
ATTEST
By Tanisha Spinner on Jul 07, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jun 19, 2009**

FILED
CLERK'S OFFICE

**IN RE: OPPENHEIMER ROCHESTER FUNDS
GROUP SECURITIES LITIGATION**

MDL No. 2063

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On June 17, 2009, the Panel transferred ten civil actions to the United States District Court for the District of Colorado for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.2d_ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable John L. Kane, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Colorado and assigned to Judge Kane.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Colorado for the reasons stated in the order of June 17, 2009, and, with the consent of that court, assigned to the Honorable John L. Kane, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Colorado. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jul 07, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: OPPENHEIMER ROCHESTER FUNDS**
**GROUP SECURITIES LITIGATION**                                    MDL No. 2063

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **NEW JERSEY** | | | |
| NJ | 2 | 09-1959 | Rania Baladi, et al. v. The Oppenheimer New Jersey Municipal Fund, et al. |
| NJ | 2 | 09-2144 | Marlene Seybold v. The Oppenheimer New Jersey Municipal Fund, et al. |
| NJ | 2 | 09-2279 | Mimi J. Furman v. Oppenheimer AMT-Free Municipals Fund, et al. |
| NJ | 2 | 09-2418 | Stuart Trooskin v. The Oppenheimer New Jersey Municiapal Fund, et al. |
| **NEW YORK EASTERN** | | | |
| NYE | 1 | 09-1475 | Robert Stern v. Rochester Fund Muicipals, et al. |
| **NEW YORK SOUTHERN** | | | |
| NYS | 1 | 09-4744 | Michael Isaac v. Oppenheimer AMT-Free New York Municipals, et al. |