UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Master Docket No. 09-md-02063-JLK-KMT (MDL Docket No. 2063)

IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION

This document relates to:    All referenced attorneys

### ORDER

Kane, J.

It has come to my attention that the following listed attorneys have not yet moved for admission to the bar of this court and/or have not registered for CM/ECF electronic filing.  Please attend to it.  You may contact the Court's Attorney Services Coordinator, Mark Fredrickson, with any questions or for assistance.

## ATTORNEYS WHO HAVE NOT BECOME BAR MEMBERS

Jack G. Fruchter
Abraham, Fruchter & Twersky, LLP
One Penn Plaza
#2805
New York , NY 10119

Joseph N. Kravee , Jr.
Specter, Specter, Evans & Manogue
Koppers Building
26th Floor
Pittsburgh , PA 15219

Catherine J. Kowalewski
Coughlin Stoia Geller Rudman & Robbins, LLP-San Diego
655 West Broadway, #1900
San Diego , CA 92101

David C. Walton
Coughlin Stoia Geller Rudman & Robbins, LLP-San Diego
655 West Broadway, #1900
San Diego , CA 92101

John K. Grant
Coughlin Stoia Geller Rudman & Robbins, LLP-San Francisco
100 Pine Street, #2600
San Francisco, CA 94111

Shawn A. Williams
Coughlin Stoia Geller Rudman & Robbins, LLP-San Francisco
100 Pine Street, #2600
San Francisco, CA 94111

Catherine A. Torell
Cohen, Milstein, Sellers & Toll, PLLC-New York
150 East 52nd Street
30th Floor
New York , NY 10022

Lorraine B. Consorte
Dechert, LLP-Philadelphia
2929 Arch Street
Philadelphia , PA 19104-2808

Jamie Lynne Halavais
Dechert, LLP-New York
1095 Avenue of the Americas
New York , NY 10036

## ATTORNEYS WHO HAVE NOT REGISTERED FOR ECF

Samuel H. Rudman
Coughlin Stoia Geller Rudman & Robbins, LLP-Melville
58 South Service Road, #200
Melville , NY 11747

Darren J. Robbins
Coughlin Stoia Geller Rudman & Robbins, LLP-San Diego
655 West Broadway, #1900
San Diego, CA 92101

Aaron Michael Sheanin
Girard Gibbs, LLP
601 California Street
#1400
San Francisco , CA 94108

Francis A. Bottini , Jr.
Johnson Bottini, LLP
655 West Broadway, #1400
San Diego, CA 92101

Nicole C. Lavallee
Berman DeValerio-San Francisco
425 California Street
#1200
San Francisco , CA 94104-2205

Arthur H. Aufses , III
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York , NY 10036-2714

Dated: July 9, 2009

*s/John L. Kane*
SENIOR U. S. DISTRICT JUDGE

2