**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Master Docket No. 09-md-02063-JLK-KMT (MDL Docket No. 2063)

IN RE OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION

This document relates to ALL ACTIONS

---

Civil Action No. 09-cv-386-JLK-KMT

RONALD J. JANSSEN, Individually and on Behalf of all Others Similarly Situated,

    Plaintiff,

v.

OPPENHEIMERFUNDS, INC., et al.,

    Defendants.

---

Civil Action No. 09-cv-525-JLK-KMT

HELGA PETERS, Individually and on Behalf of all Others Similarly Situated,

    Plaintiff,

v.

OPPENHEIMERFUNDS, INC., et al.,

    Defendants.

_____

**PLAINTIFFS' JOINT POSITION STATEMENT**
_____

Additional caption on next page.

2

---

Civil Action No. 09-cv-1186-JLK-KMT

JULIAN FERGUSON, Individually and on Behalf of all Others Similarly Situated,

    Plaintiff,

v.

OPPENHEIMERFUNDS, INC., et al.,

    Defendants

---

2

Pursuant to this Court's June 25, 2009 Second Amended Order (Dkt. # 5) ("Order"), plaintiffs' counsel, on behalf of their respective plaintiffs and clients, submit the following Joint Position Statement.

## I. PLAINTIFFS' COUNSEL HAVE MET AND CONFERRED

The Court directed plaintiffs' counsel to meet and confer on issues of consolidation and the identification and selection of lead plaintiff and lead/liaison counsel in the various actions. Order at 2. Plaintiffs' counsel were directed to discuss the possibility of consolidation of multiple actions by district, proposals for a timeline for filing/refiling, briefing and arguing (if necessary) motions to consolidate, as well as a timeline for filing consolidated Class Action Complaints. *Id.*

Plaintiffs' counsel respectfully submit that they have complied with the Order. To that end, a conference call attended by approximately 44 plaintiffs' counsel took place on July 2, 2009 (Dkt. # 6). A second conference call took place on July 7, 2009. All plaintiffs' counsel were invited to participate in both conference calls. Throughout this process, numerous plaintiffs' counsel also met and conferred via private communications in an effort to reach an agreement on these issues.

## lI. PLAINTIFFS' COUNSEL PRESENT THE COURT WITH THREE PROPOSALS REGARDING STREAMLINING AND ORGANIZING THE LITIGATION

Despite the good faith attempt by plaintiffs' counsel to reach a single, unified consensus on how best to streamline, prosecute and organize this litigation, no such consensus was reached. Nevertheless, plaintiffs' counsel believe they made significant progress toward those goals. As a result of the conference calls, negotiation and compromise, plaintiffs' counsel inform the Court

that they have arrived at three separate proposals for the Court's consideration. Plaintiffs' counsel agree that each of the three proposals constitute a serious attempt to manage and coordinate this litigation. Those separate proposals are attached hereto as Exhibits A, B, and C. It is anticipated that the proponents of each proposal will present their respective views at the July 15, 2009 Initial Combined Status/Initial Case Management Conference ("Conference"). As the Court indicated, other plaintiffs' counsel may also "express their views regarding the best way to insure [the] just, speedy and inexpensive determination" of these cases.

### III. PLAINTIFFS' COUNSEL'S VIEW ON CONSOLIDATION AND COORDINATION

At this time, plaintiffs' counsel believe there are a total of 32 Oppenheimer-related fund cases.[1] Additional cases may still be filed. As this Court is aware, these 32 cases can be categorized by nine separate Oppenheimer funds. Those nine categories are described as follows:

- The Oppenheimer Champion Income Fund ("Champion Fund");
- The Oppenheimer Core Bond Fund ("Core Bond Fund");
- The Oppenheimer California Municipal Fund ("CA Fund");
- The Oppenheimer Pennsylvania Municipal Fund ("PA Fund");
- The Rochester Fund Municipals ("Rochester NY Fund");
- The Rochester National Municipals Fund ("Rochester National Fund");

---

[1] *See* Exhibit D, list of cases. Twenty cases are currently docketed as Associated cases in MDL-2063; six more have just been transferred here and assigned docket numbers (*see* Dkt. # 44); two more are anticipated to be transferred plus three Champion and Core Bond cases captioned above; and *Amato, et al. v. OppenheimerFunds, Inc.*, et al. 09-cv-1510-JLK which the docket does not associate with the MDL, but counsel anticipate it will be associated (see Defendants' Joint Status Report (Dkt. # 20, p. 13, fn 4).

4

- The Oppenheimer New Jersey Municipal Fund ("NJ Fund");
- The Oppenheimer AMT-Free Municipals Fund. ("AMT Fund"); and
- The Oppenheimer AMT-Free New York Municipals Fund. ("AMT NY Fund").

The Court has already consolidated all the Oppenheimer-related fund cases, except for the Champion Fund and the Core Bond Fund cases into *In re Oppenheimer Rochester Fund Sec. Litig*. (Dkt. # 2).  Plaintiffs' counsel agree that all 32 cases should, at a minimum, be consolidated by their respective fund group listed above. [2]  Thus, for example, all cases relating to investments in the Champion Fund should be consolidated with all other Champion Fund related cases.  Plaintiffs' counsel suggest that any subsequently filed Oppenheimer-related fund cases should also be consolidated by fund.

Plaintiffs' counsel, however, have not reached consensus on whether further consolidation is advisable or achievable.  Each of the three separate proposals sets forth an alternative view on consolidation and coordination.  In addition, the proposals describe how to avoid duplicative efforts and achieve efficiency, per the Court's directives.

## IV. PLAINTIFFS' COUNSEL'S PROPOSED TIMETABLE

The Court previously denied all motions for the appointment of lead plaintiff and lead counsel without prejudice (except those filed in the Champion Fund and Core Bond cases), subject to the Court's specific instructions (Dkt. # 2).  Thereafter, lead plaintiff motions were filed in the PA Fund cases on June 29, 2009.  Additional motions for appointment of lead plaintiff and lead counsel will be filed in the AMT Fund and AMT-NY Fund cases on July 13, 2009 and August 7, 2009, respectively.

---

[2] On May 15, 2009, Judge Illston consolidated the CA Fund cases which were at the time pending in the Northern District of California.

5

Each of the proposals attached hereto sets forth suggested timetables for consolidation, determination of lead plaintiff and lead/liaison counsel, and other matters for this Court's consideration and for discussion at the Conference.

DATED: July 10, 2009          **THE SHUMAN LAW FIRM**

By _____/s/ Kip B. Shuman_____

Kip B. Shuman
Rusty E. Glenn
885 Arapahoe Avenue
Boulder, Colorado  80302
303-861-3003
Fax: 303-484-4886
E-Mail: kip@shumanlawfirm.com
E-Mail: rusty@shumanlawfirm.com

Charles Walter Lilley
Karen Jean Cody-Hopkins
**Charles Lilley & Associates, P.C.**
1600 Stout Street #1100
Denver, CO 80202
303-293-9800
Fax: 298-8975
Email: clilley@lilleylaw.com
Email: kjch@lilleylaw.com

Timothy R. Beyer
Michael W. Byrne
**Brownstein Hyatt Farber Schreck, LLP-Denver**
410 17th Street #2200
Denver, CO 80202-4437
303-223-1100
Fax: 303-223-1111
Email: mbyrne@bhfs.com
Email: tbeyer@bhfs.com

Jeffrey A. Chase
Barbara A. Grandjean
**Jacobs Chase Frick Kleinkopf & Kelley, LLC**
1050 17th Street, Suite 1500
Denver, CO  80265
303-685-4800
Fax: 303-685-4869
Email: jchase@JCFKK.com
Email: bgrandjean@JCFKK.com

Seth A. Katz
**Burg Simpson Edlredge Hersh Jardine, P.C.**
40 Inverness Drive East
Denver, CO 80112
303-792-5595
Fax: 303-708-0527
Email: skatz@burgsimpson.com

Robert J. Dyer III
Jeffrey A. Berens
**Dyer & Berens LLP**
682 Grant Street
Denver, Colorado  80203-3507
Telephone: (303) 861-1764
Facsimile: (303) 395-0393
Email: bob@dyerberens.com
Email: jeff@dyerberens.com

Kirk D. Tresemer
Earl S. Wylder
Darren A. Natvig
**Irwin & Boesen, P.C.**
4100 E. Mississippi Ave. 19th Fl.
Denver, CO 80246
303-999-9999
Fax: 303-320-1915
Email: ktresemer@coloradolawyers.com
Email: ewylder@coloradolawyers.com
Email: dnatvig@coloradolawyers.com

Peter George Koclanes
Gordon W. Netzorg
**Sherman & Howard, L.L.C.-Denver**
633 17th Street #3000
Denver, CO 80202-3622
303-297-2900
Fax: 303-298-0940
Email: pkoclanes@shermanhoward.com
Email: gnetzorg@shermanhoward.com

Jeffrey S. Abraham
Jack G. Fruchter
Lawrence D. Levit
**Abraham, Fruchter & Twersky, LLP**
One Penn Plaza #2805
New York, NY 10119
212-279-5050
Fax: 212-279-3655
Email: jabraham@aftlaw.com
Email: jfruchter@aftlaw.com
Email: llevit@aftlaw.com

John K. Grant
**Coughlin Stoia Geller Rudman & Robbins, LLP-San Francisco**
100 Pine Street  #2600
San Francisco, CA 94111
415-288-4545
Fax: 415-288-4534
Email: jgrant@csgrr.com
Email: swilliams@csgrr.com

Paul J. Geller
**Coughlin Stoia Geller Rudman & Robbins, LLP-Florida**
120 East Palmetto Park Rd, Ste. 500
Boca Raton, FL 33432
561-750-3000
Fax: 561-750-3364
Email: pgeller@csgrr.com

Lee Squitieri
**Squitieri & Fearon, LLP**
32 East 57th Street
12th Floor
New York, NY 10022
212-421-6492
Fax: 212-421-6553
Email: Lee@sfclasslaw.com

Frank A. Bottini
**Johnson Bottini, LLP**
655 West Broadway #1400
San Diego, CA 92101
619-230-0063
Fax: 619-233-5535
Email: frankb@johnsonbottini.com

Lionel Z. Glancy
**Glancy Binkow & Goldberg, LLP**
1801 Avenue of the Stars #311
Los Angeles, CA 90067
310-201-9150
Fax: 310-201-9160
Email: lglancy@glancylaw.com

Joseph N. Kravee , Jr.
**Specter, Specter, Evans & Manogue**
Koppers Building
26th Floor
Pittsburgh, PA 15219
412-642-2300
Email: jnk@ssem.com

Brian P. Murray
Brian D. Brooks
Gregory B. Linkh
**Murray, Frank & Salier, LLP**
275 Madison Avenue, 8th Floor
New York, NY 10016
212-682-1818
Fax: 212-682-1892
Email: bmurray@murrayfrank.com
Email: bbrooks@murrayfrank.com
Email: glinkh@murrayfrank.com

Alan W. Sparer
Marc Haber
Kevin H. Lewis
James S. Nabwangu
**Sparer Law Group**
100 Pine Street
33rd Floor
San Francisco, CA 94111
415-217-7300
Fax: 415-217-7307
Email: asparer@sparerlaw.com
Email: mhaber@sparerlaw.com
Email: klewis@sparerlaw.com
Email: jnabwangu@sparerlaw.com

Daniel Charles Girard
Aaron Michael Sheanin
Christina H.C. Sharp
Jonathan Krasne Levine
Regina Ames Sandler
**Girard Gibbs, LLP**
601 California Street #1400
San Francisco, CA 94108
415-981-4800
Fax: 415-981-4846
Email: chc@girardgibbs.com
Email: jkl@girardgibbs.com
Email: ras@girardgibbs.com
Email: dcg@girardgibbs.com
Email: ams@girardgibbs.com

Joseph J. Tabacco, Jr.
Nicole Lavallee
Matthew D. Pearson
**Berman DeValerio**
425 California Street, Suite 2100
San Francisco, CA 94104
415-433-3200
Fax: 415-433-6382
Email: jtabacco@bermandevalerio.com
Email: nlavallee@bermandevalerio.com
Email: mpearson@bermandevalerio.com

Steven J. Toll
S. Douglas Bunch
**Cohen, Milstein, Sellers & Toll, PLLC-Washington**
1100 New York Avenue, N.W.
West Tower #500
Washington, DC 20005-3934
202-408-4600
Fax: 202-408-4699
Email: stoll@cohenmilstein.com
Email: dsommers@cohenmilstein.com
Email: dbunch@cohenmilstein.com

Andrei V. Rado
**Milberg, LLP-New York**
One Pennsylvania Plaza
49th Floor
New York, NY 10119-0165
212-594-5300
Fax: 212-868-1229
Email: arado@milberg.com

Gary S. Graifman
**Kantrowitz, Goldhamer & Graifman, P.C.**
747 Chestnut Ridge Road #200
Chestnut Ridge, NY 10977
845-356-2570
Fax: 845-356-4335
Email: ggraifman@kgglaw.com

Robert Bruce Carey
**Hagens Berman Sobol Shapiro, LLP-Phoenix**
2425 East Camelback Road #650
Phoenix, AZ 85016
602-840-5900
Fax: 602-840-5900
Email: rcarey@hbsslaw.com

Reed R. Kathrein
**Hagens Berman Sobol Shapiro, LLP-Berkeley**
715 Hearst Avenue #202
Berkeley, CA 94710
510-725-3000
Fax: 510-725-3001
Email: reed@hbsslaw.com

Steve Berman
Sean Matt
**Hagens Berman Sobol Shapiro, LLP-Seattle**
1301 Fifth Avenue, Suite 2900
Seattle, WA, 98101
206-623-7292
Fax: 206-623-0594
Email: steve@hbsslaw.com
Email: sean@hbsslaw.com

Christopher J. Keller
Alan Ellman
**Labaton Sucharow, LLP**
140 Broadway
New York, NY 10005
212-907-0853
Fax: 212-883-7053
Email: ckeller@labaton.com
Email: aellman@labaton.com

Jay P. Saltzman
**Schoengold & Sporn, P.C.**
19 Fulton Street, Ste. 406
New York, NY 10038
212-964-0046
Fax: 212-267-8137
Email: jay@spornlaw.com

Philip Kim
**Rosen Law Firm, P.A. P.C.**
350 Fifth Avenue, Ste. 5508
New York, NY 10118
212-686-1060
Fax: 212-202-3827
Email: pkim@rosenlegal.com

Patrick V. Dahlstrom
**Pomerantz Haudek Grossman & Gross LLP**
Ten South La Salle Street, Ste. 3505
Chicago, IL 60603
312-377-1181
Fax: 312-377-1184
Email: pdahlstrom@pomlaw.com

Jeffrey Krinsk
C. Michael Plavi, II
**Finkelstein & Krinsk LLP**
501 W. Broadway, Suite 1250
San Diego, CA 92101
Telephone:  (619) 238-1333
Facsimile:  (619) 238-5425
Email: jrk@classactionlaw.com
Email: cmp@classactionlaw.com

Sherrie R. Savett
Glen L. Abramson
Eric Lechtzin
**Berger & Montague P.C.**
1622 Locust Street
Philadelphia, PA 19103
800-424-6690
Fax: 215-875-4604
Email: ssavett@bm.net
Email: gabramson@bm.net
Email: elechtzin@bm.net

Charles Piven
**Brower Piven**
**A Professional Corporation**
The World Trade Center-Baltimore
401 East Pratt Street
Suite 2525
Baltimore, Maryland 2120
410-332-0030
Fax: 410-685-1300
Email: piven@browerpiven.com

Joseph H. Weiss
Mark D. Smilow
**Weiss & Lurie**
The French Building
551 Fifth Avenue, Suite 1600
New York, New York 10176
212-682-3025
Fax: 212-682-3010
Email: jweiss@weisslurie.com
Email: msmilow@weisslurie.com

Craig Smith
**Robbins Umeda LLP**
610 West Ash Street
Suite 1800
San Diego, CA 92101
619-525-3990
Fax: 619-525-3991
Email: csmith@robbinsumeda.com

Howard Longman
**Stull Stull & Brody**
6 East 45th Street
New York, NY 10017
212-687-7230
Fax: 212-490-2022
Email: tsvi@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Rusty E. Glenn
Rusty E. Glenn