IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Master Docket No. **09-md-2063-JLK-KMT**

In re:  OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION
_____

Civil Action No. **09-cv-1510-JLK**

**LUCAS & BARBAR AMATO, Individually and on Behalf of all Others Similarly Situated**,

        Plaintiffs,

v.

**OPPENHEIMERFUNDS, INC., et al.**,

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The above-captioned action is related to Master Docket No. 09-md-2063, *In re Oppenheimer Rochester Funds Group Securities Litigation,* and is therefore **CONSOLIDATED**, for pretrial purposes, with that multidistrict litigation.  In future filings, counsel in *Amato* should use the 09-md-2063 case caption in conformance with the Initial Case Administration Order issued in the Master Docket on June 24, 2009 (Doc. 2).

      With the inclusion of *Amato* in the MDL, only ***Janssen*** (09-cv-396) and ***Peters*** (09-cv-525) (the "Champion Fund" cases), and ***Ferguson*** (09-cv-1186)("Core Bond" Fund case) remain outside the Master Docket for filing purposes.  Documents in those cases should be filed in their respective Civil Case numbers.  Documents and Orders applicable to *all* Oppenheimer Fund cases assigned to this court will need to be filed with an aggregated caption in the md case as well as in *Janssen*, *Peters* and *Ferguson*.  Counsels' continued attention to these details will greatly assist the electronic case management and docketing functions of this Court.

      Counsel are reminded that compliance with the Court's CM/ECF filing procedures and rules, available on the court's website at http://www.cod.uscourts.gov/CMECF/CMECF.aspx is critical to proper case management.  In particular, counsel appearing in any of the Oppenheimer cases currently

pending in this Court shall sign up for their own CM-ECF accounts and file documents using those accounts only. Counsel should *not* be using an individual account to file documents signed for or on behalf of someone else.

To date, the following attorneys have not yet signed up for CM/ECF:

Francis A. Bottini
Jack G. Fruchter
John K. Grant
Nicole C. Lavallee
Joseph J. Tabacco
Shawn A. Williams
Phillip Kim[1]

While Judge Kane expects compliance with the Court's CM/ECF procedures without holding counsel to a particular deadline, the identified attorneys are encouraged to complete this ministerial task no later than July 21, 2009.

Judge Kane looks forward to a productive Oppenheimer case management conference tomorrow.


Dated July 14, 2009.
_____

---

[1] The following attorneys have also not yet become members of the District of Colorado bar and are reminded to complete the necessary application at their earliest convenience:

Lorraine B. Consorte
Jamie Lynne Halavais
David A. Kotler
Catherine J. Kowalewski
Joseph N. Kravee
Catherine A. Torell
David C. Walton
Mark D. Smilow