UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Master Docket No. 09-md-02063-JLK-KMT (MDL Docket No. 2063)

IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION

This document relates to:   09-cv-1243-JLK-KMT (PRINCE)
09-cv-1447-JLK-KMT (CONNEL)
09-cv-01619-JLK-KMT (FURMAN)

**ORDER**

Kane, J.

The Motion of Interested Party Michael Rugani for Leave to File Motion for Lead Plaintiff (doc. #76), filed July 13, 2009, is GRANTED. The Motion of Michael Rugani to be Appointed Lead Plaintiff (doc. #76-3) is deemed filed in compliance with the deadline of July 13, 2009, as required by PSLRA.

Dated: July 14, 2009

BY THE COURT:

*S/John L. Kane*
SENIOR U. S. DISTRICT JUDGE