FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2009 JUL 20 PM 3: 07

GREGORY C. LANGHAM
CLERK

BY_____ DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Master Docket No. 09-md-02063-JLK (MDL Docket No. 2063)

IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION

This document relates to all the MDL actions.

## MOTION TO WITHDRAW / AMEND ECF REPRESENTATIVE ASSOCIATIONS

## IN RESPONSE TO ORDER DATED JULY 9, 2009

Comes now Lorraine B. Consorte, in response to the Court's July 9, 2009 Order concerning attorneys that have not become members of the bar for the District of Colorado, who hereby moves this Court for an order directing the Clerk to terminate the association of Lorraine B. Consorte with these actions in the District of Colorado. In support hereof, Lorraine B. Consorte states as follows:

1        I appeared on behalf of Defendants Ronald H. Fielding, Daniel G. Loughran, Scott S. Cottier, Troy E. Willis, Oppenheimer Pennsylvania Municipal Fund, OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc., John V. Murphy, and Brian W. Wixted in the U.S. District Court for the Western District of Pennsylvania in the case, *Woods v. Oppenheimer Pennsylvania Municipal Fund*, Case No. 09-cv-00514.

2        The above case was subsequently transferred to this Court along with my association with this case.

3      The following counsel are admitted in the District of Colorado, have entered their appearance, and are continuing to represent the above defendants in the various Oppenheimer securities matters, including *Woods v. Oppenheimer Pennsylvania Municipal Fund* (District of Colorado case 09-cv-01483-JLK-KMT):

- William K. Dodds, Dechert, LLP – New York, NY – see Doc. # 20 in case 09-cv-00525-JLK, Doc. #19 in case 09-cv-00386-JLK, and generally Oppenheimer Rochester Funds Group Securities Litigation case 09-md-02063-JLK-KMT;

- Matthew L. Larrabee, Dechert LLP – San Francisco, CA – see Doc. # 43 in case 09-md-02063-JLK-KMT;

- Robert Miller, Perkins Coie LLP – Denver, CO – see Doc. # 27 in case 09-cv-00550-JLK and generally Oppenheimer Rochester Funds Group Securities Litigation case 09-md-02063-JLK-KMT; and

- Stephanie Dunn, Perkins Coie LLP – Denver, CO  – see Doc. # 28 in case 09-cv-00550-JLK and generally Oppenheimer Rochester Funds Group Securities Litigation; case 09-md-02063-JLK-KMT.

4      At present, all of the above Defendants continue to be represented by the above counsel and I do not anticipate appearing in the District of Colorado regarding these cases.

5       Wherefore, I respectfully request an order terminating my association with the District of Colorado actions and removing my name from the ECF list.

DATED this _____ day of _____, 2009.

Respectfully submitted,

*Lorraine B. Consorte*

Lorraine B. Consorte
Dechert, LLP
2929 Arch Street
Philadelphia, PA 19103
(215) 399-9025 – telephone
(215) 994-2222 – facsimile
lorraine.consorte@dechert.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of July, 2009, I filed a true and correct copy of the foregoing **MOTION TO WITHDRAW / AMEND ECF REPRESENTATION ASSOCIATIONS IN RESPONSE TO ORDER DATED JULY 9, 2009** with the Clerk of Court who will post the filing on the CM/ECF system which will send notification of such filing to the following email addresses:

- **Jeffrey S. Abraham**
  jabraham@aftlaw.com
- **Glen L. Abramson**
  gabramson@bm.net,gelliott@bm.net
- **Arthur H. Aufses , III**
  aaufses@kramerlevin.com
- **Jeffrey Allen Berens**
  jeff@dyerberens.com,jeffreyberens@comcast.net
- **Timothy R. Beyer**
  tbeyer@bhfs.com,breinhardt@bhfs.com,rbower@bhfs.com
- **Stephen D. Bunch**
  dbunch@cohenmilstein.com,efilings@cohenmilstein.com
- **Michael W. Byrne**
  mbyrne@bhfs.com,rbower@bhfs.com,mpincock@bhfs.com
- **Jeffrey A. Chase**
  jchase@jcfkk.com,vlsanders@jcfkk.com
- **Karen Jean Cody-Hopkins**
  kjch@lilleylaw.com,rbyers@lilleylaw.com
- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com
- **William K. Dodds**
  william.dodds@dechert.com,luis.lopez@dechert.com
- **Stephanie Erin Dunn**
  sdunn@perkinscoie.com,docketden@perkinscoie.com,sdunn-efile@perkinscoie.com
- **Alan I. Ellman**
  aellman@labaton.com,electroniccasefiling@labaton.com
- **Paul J. Geller**
  pgeller@csgrr.com,e_file_fl@csgrr.com
- **Daniel Charles Girard**
  dcg@girardgibbs.com,sfs@girardgibbs.com
- **Lionel Z. Glancy**
  lglancy@glancylaw.com,info@glancylaw.com
- **Gary S. Graifman**
  ggraifman@kgglaw.com,ccornfield@kgglaw.com

- **Barbara Ann Grandjean**
  bgrandjean@jcfkk.com,lchandler@jacobschase.com
- **John K. Grant**
  johnkg@csgrr.com,jdecena@csgrr.com
- **Marc C. Haber**
  mhaber@sparerlaw.com
- **Seth Alan Katz**
  skatz@burgsimpson.com,bgeorge@burgsimpson.com
- **Christopher J. Keller**
  ckeller@labaton.com,ejo@labaton.com,aellman@labaton.com,electroniccasefiling@labaton.com
- **Peter George Koclanes**
  pkoclanes@shermanhoward.com,cgreen@shermanhoward.com,efiling@sah.com,fnejeidi@shermanhoward.com
- **Matthew L. Larrabee**
  matthew.larrabee@dechert.com,will.rehling@dechert.com,reginald.zeigler@dechert.com,alice.jensen@dechert.com,muriel.korol@dechert.com,david.burkhart@dechert.com
- **Nicole C. Lavallee**
  nlavallee@bermandevalerio.com,stuiasosopo@bermandevalerio.com
- **Eric Lechtzin**
  elechtzin@bm.net,cgiordano@bm.net
- **Jonathan Krasne Levine**
  jkl@girardgibbs.com,amv@girardgibbs.com
- **Lawrence D. Levit**
  llevit@aftlaw.com
- **Kevin Harvey Lewis**
  klewis@sparerlaw.com
- **Charles Walter Lilley**
  clilley@lilleylaw.com
- **Howard T. Longman**
  Tsvi@aol.com,jasondag@ssbny.com
- **Edward Thomas Lyons , Jr**
  elyons@joneskeller.com
- **Kristin A. Martinez**
  kristin@dyerberens.com
- **Daniel Ellis McKenzie**
  dmckenzie@burgsimpson.com,kwilson@burgsimpson.com
- **Robert Nolen Miller**
  rmiller@perkinscoie.com,docketden@perkinscoie.com,rmiller-efile@perkinscoie.com
- **James S. Nabwangu**
  jnabwangu@sparerlaw.com

- **Darren A. Natvig**
  dnatvig@irwin-boesen.com
- **Gordon W. Netzorg**
  gnetzorg@shermanhoward.com,cdias@shermanhoward.com,efiling@shermanhoward.com,cdoering@shermanhoward.com
- **Matthew D. Pearson**
  mpearson@bermandevalerio.com
- **Charles J. Piven**
  piven@browerpiven.com
- **Andrei V. Rado**
  arado@milberg.com,MAOffice@milberg.com
- **Darren J. Robbins**
  darrenr@csgrr.com,e_file_sd@csgrr.com
- **Samuel H. Rudman**
  srudman@csgrr.com,dgonzales@csgrr.com
- **Sherrie R. Savett**
  ssavett@bm.net,mgatter@bm.net
- **Christina H.C. Sharp**
  chc@girardgibbs.com,sfs@girardgibbs.com,amv@girardgibbs.com
- **Aaron Michael Sheanin**
  amv@girardgibbs.com
- **Kip Brian Shuman**
  kip@shumanlawfirm.com,rusty@shumanlawfirm.com,lisa@shumanlawfirm.com
- **Alan W. Sparer**
  asparer@sparerlaw.com,nblake@sparerlaw.com,dcorkran@sparerlaw.com,playzer@sparerlaw.com
- **Olimpio Lee Squitieri**
  Lee@sfclasslaw.com,cathy@sfclasslaw.com
- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,stuiasosopo@bermandevalerio.com
- **Steven J. Toll**
  stoll@cohenmilstein.com,efilings@cohenmilstein.com
- **Kirk Douglas Tresemer**
  ktresemer@irwin-boesen.com
- **Anne Marie Vu**
  avu@milberg.com,MAOffice@milberg.com
- **Joseph H. Weiss**
  jweiss@weisslurie.com,infony@weisslurie.com
- **Shawn A. Williams**
  shawnw@csgrr.com,jdecena@csgrr.com

I have also served copies of the foregoing via email or United States Mail, first class postage prepaid, addressed to the following:

| **Frank Bottini**<br>fbottini@johnsonbottini.com<br>**Phillip Kim**<br>PKim@rosenlegal.com<br>**Catherine Kowalewski**<br>katek@csgrr.com<br>**Joseph Kravee**<br>jnk@ssem.com | **Nicole Lavallee**<br>nlavallee@bermandevalerio.com<br>**Mark D. Smilow**<br>msmilow@weisslurie.com<br>**Catherine Torell**<br>ctorell@cohenmilstein.com<br>**David C. Walton**<br>davew@csgrr.com |
|---|---|

**Jack G. Fruchter**
Abraham, Fruchter & Twersky, LLP
One Penn Plaza
#2805
New York, NY 10119

**Jeffrey Robert Krinsk**
Finklestein & Krinsk
501 West Broadway
The Koll Center
#1250
San Diego, CA 92101-3579

**Charles Michael Plavi**
Finklestein & Krinsk
501 West Broadway
The Koll Center
#1250
San Diego, CA 92101-3579

Robert Krebs
Perkins Coie LLP
1899 Wynkoop Street, Suite 700
Denver, CO 80202-1043
Tel: 303.291.2300
Fax: 303.291.2400
Email: rkrebs@perkinscoie.com