**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Master Docket No. **09-md-02063-JLK-KMT** (MDL Docket No. 2063)

**IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION**

This document relates to all the MDL actions.

**ORDER REGARDING MOTIONS TO WITHDRAW**

This matter comes before the Court on the following:

- MOTION TO WITHDRAW (doc. #99), filed July 20, 2009 by Jamie Lynne Havalais;

- MOTION TO WITHDRAW (doc. #101), filed July 20, 2009 by David A. Kotler; and

- MOTION TO WITHDRAW, (doc. #98) filed July 20, 2009 by Lorraine B. Consorte.

The Motions are GRANTED. It is ORDERED that the following attorneys' association will be terminated from the above captioned case and their names will be removed from the ECF list: Jamie Lynne Havalais, David A. Kotler and Lorraine B. Consorte.

SO ORDERED this 21st day of July, 2009.

BY THE COURT:

*s/John L. Kane*
Senior U.S. District Court Judge