UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Master Docket No. **09-md-02063-JLK-KMT** (MDL Docket No. 2063)

IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION

This document relates to all Master Docket (MDL and D. Colo.) actions.
_____

Civil Action No. **09-cv-386-JLK-KMT**

**RONALD J. JANSSEN, Individually and on Behalf of all Others Similarly Situated**,

    Plaintiff,

v.

**OPPENHEIMERFUNDS, INC., et al.**,

    Defendants.
_____

Civil Action No. **09-cv-525-JLK-KMT**

**HELGA PETERS**, **Individually and on Behalf of all Others Similarly Situated,**

    Plaintiff,

v.

**OPPENHEIMERFUNDS, INC. et al.,**

    Defendants.
_____

Civil Action No. **09-cv-1186-JLK-KMT**

**JULIAN FERGUSON, Individually and on Behalf of all Others Similarly Situated**,

    Plaintiff,

v.

**OPPENHEIMERFUNDS, INC., et al.**,

    Defendants.

---

### ORDER OF REFERENCE TO MAGISTRATE JUDGE - PROTOCOLS RE FEES AND EXPENSES

---

Kane, J.

In keeping with my oral rulings from the bench at last Wednesday's case management conference in these securities fraud actions, United States Magistrate Judge Tafoya, pursuant to 28 U.S.C. §636(b)(1)(A) and (B) and Fed.R.Civ.P. 72(a) and (b), is formally designated to conduct proceedings in this civil action as follows:

**(1)  Oversee and manage issues regarding attorney fees and costs, including determining what will constitute reasonable rates for fees in this litigation and developing a protocal for record-keeping;**

**(2)  Prepare and issue an order as soon as possible setting forth parameters and guidelines regarding appropriate fee rates and expenses, reasonableness in the accrual of reasonable fees and expenses, and setting rules and expectations for record-keeping by all counsel of record in this litigation.**

The Magistrate Judge is authorized to convene all hearings/conferences and issue any orders necessary to the performance of her duties under this Order.

Dated July 22, 2009.

<u>s/John L. Kane</u><br>SENIOR U.S. DISTRICT JUDGE