UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Master Docket No. **09-md-02063-JLK-KMT** (MDL Docket No. 2063)

IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION

This document relates to:   *In re AMT-Free NY Municipal Fund*
09-cv-01621-JLK-KMT (*Isaac*)
09-cv-01781-JLK-KMT (*Kurz*)

---

## ORDER DENYING MOTION FOR LIMITED DISCOVERY

Kane, J.

Having considered carefully proposed lead plaintiff Michael Isaac's Motion for

Limited Discovery Pursuant to 15 U.S.C. § 77z-1(a)(3)(B)(iv) (Doc. 161), the

accompanying briefs and Declaration of Joseph H. Weiss (Docs. 117-18, 181, 198),

together with the responses thereto made by other lead plaintiff movants (Docs.182, 194),

I reject the assertions on which the request for discovery is based and DENY the Motion.

I will rule on the competing Michael Isaac and John Vazquez Motions for Appointment

as Lead Plaintiff in the AMT-Free NY cases on the briefs and declarations filed.

Dated:  September 30, 2009.

s/John L. Kane_____
SENIOR U. S. DISTRICT JUDGE

1