**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge John L. Kane**

Master Docket No. **09-md-02063-JLK-KMT** (MDL Docket No. 2063)

**IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION**

This document relates to all the MDL actions.

---

Civil Action No. **09-cv-00386-JLK-KMT (**consolidated with **09-cv-525-JLK-KMT)**

**IN RE: OPPENHEIMER CHAMPION FUND SECURITIES FRAUD CLASS ACTIONS**

*This document relates to BOTH actions*

---

Civil Action No. **09-cv-01186-JLK-KMT**

**IN RE: CORE BOND FUND**

---

**UNOPPOSED MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINTS AND ESTABLISH A SCHEDULING ORDER**

---

Defendants in the nine consolidated securities class actions pending before this Court (collectively, the “Actions” and each, an “Action”) respectfully submit this Unopposed Motion to Extend Time to File Amended Consolidated Complaints in Order to Coordinate and File Motions to Dismiss, in the interests of party and judicial efficiency. Defendants. have met and conferred with Lead Counsel in *In re: Oppenheimer Champion Fund Securities Fraud Class Actions* and *In re: Core Bond Fund* (collectively, the “Fixed Income Fund Actions”) and Lead Counsel does not oppose this Motion.

1. Lead Plaintiffs have been appointed in the Fixed Income Actions and consolidated class action complaints in those cases are currently due on October 13, 2009.

However, Lead Plaintiffs have not yet been appointed in any of the seven Municipal MDL Actions.

2. Defendants intend to file motions to dismiss in all of the Actions, but recognize that filing wholly separate motions to dismiss in each of nine consolidated class actions, either simultaneously or seriatim, would likely result in substantial duplication in argument as well as a waste of judicial and party resources.

3. As Defendants have noted in previous submissions to the Court [see Docket numbers 20, 66, 113, and 170], Defendants' primary interest throughout the consolidation and lead plaintiff appointment process has been in maximizing efficiency and decreasing duplicative effort whenever possible.

4. Recognizing that the motion to dismiss briefing in each of the nine class actions may be lengthy and, in some cases, duplicative, Defendants believe that once all of the lead plaintiffs have been appointed and consolidated class action complaints have been filed, Defendants will be able to identify all related issues and consolidate certain of the arguments in the motions to dismiss across all of the class actions.

5. To that end, Defendants have consulted with Lead Counsel and propose that a modified briefing schedule for briefing based on the Amended Complaints is warranted to decrease duplication and to maximize judicial and party resources.

6. In order to avoid duplicative motions to dismiss on similar or identical issues, Defendants propose, and Lead Counsel to not object, to defer filing the Amended

Complaints and Defendants' motions to dismiss in the Fixed Income Actions until the Court has ruled upon the Motions for Lead Plaintiff in the Municipal MDL actions.[1]

7. Promptly thereafter, Defendants will develop a proposal that will allow consolidated briefing on certain issues and will allow the Court to consider aggregated arguments, where practicable, according to legal issue, to efficiently take advantage of the commonalities among Funds while respecting the differences between Funds.[2] Thereafter, the parties will meet and confer to submit a more detailed proposed plan on how to organize and aggregate the motions to dismiss as well as a proposed briefing schedule.

Wherefore, Defendants respectfully request that the Court extend and defer the deadline for the filing of consolidated amended complaints in the Fixed Income Actions until after lead plaintiff motions are determined in the Municipal MDL Actions.

DATED this 12th day of October, 2009.

Respectfully submitted,

*s/ Robert N. Miller*

Robert N. Miller
Perkins Coie LLP
1899 Wynkoop Street, Suite 700
Denver, CO 80202
303-291-2300
303-291-2400 (fax)
rmiller@perkinscoie.com

[1] Although plaintiffs do not oppose this motion, they are prepared to file their Amended Complaint on October 12, 2009 or at anytime thereafter that the Court deems appropriate.

[2] There is precedent for aggregated motions for purposes of efficiency. *See In re Initial Pub. Offering Sec. Litig.,* 241 F. Supp. 2d 281 (S.D.N.Y. 2003) (after consolidating over one thousand cases into 309 consolidated class actions, this opinion ruled on an omnibus motion across all the consolidated actions).

*s/ William Dodds*
William K. Dodds
Matthew L. Larrabee
Dechert, LLP-New York
1095 Avenue of the Americas
New York, NY 10036
212-698-3500
215-698-3599 (fax)
william.dodds@dechert.com

Attorneys for Defendants OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc., Oppenheimer AMT-Free Municipals, Oppenheimer AMT-Free New York Municipals, Oppenheimer California Municipal Fund, Oppenheimer Multi-State Municipal Trust , Oppenheimer Rochester National Municipals, Oppenheimer New Jersey Municipal Fund, Oppenheimer Pennsylvania Municipal Fund, Rochester Fund Municipals, Scott S. Cottier, Ronald H. Fielding, Daniel G. Loughran, Angelo Manioudakis, John V. Murphy, Brian Petersen, Richard Stein, Brian Szilagyi, Mark S. Vandehey, Troy E. Willis, Brian W. Wixted

*s/ Edward T. Lyons, Jr.*
Edward T. Lyons, Jr.
Jones & Keller, P.C.
1625 Broadway, Suite 1600
Denver, CO 80202
303-573-1600
303-573-8133 (fax)
elyons@joneskeller.com

*s/ Arthur Aufses*
Arthur H. Aufses, III
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
212-715-9100
212-715-8000 (fax)
aaufses@KRAMERLEVIN.com

Attorneys for Defendants Brian F. Wruble, Clayton K. Yeutter, David K. Downes, Edward V. Regan, Joel W. Motley, John Cannon, Joseph M. Wikler, Kenneth A. Randall, Lacy B. Herrmann, Mary F. Miller, Mary Ann Tynan, Matthew P. Fink, Paul Y. Clinton, Peter I. Wold, Phillip A. Griffiths, Robert G. Galli, Russell S. Reynolds, Jr., Thomas W. Courtney

*s/ Dale R. Harris*
Dale R. Harris
Davis Graham & Stubbs LLP
1550 Seventeeth Street, Suit 500
Denver, CO 80202
303-892-9400
303-893-1379 (fax)
Dale.Harris@dgslaw.com

*s/ Peter Rush*
Peter G. Rush
K&L Gates LLP-Chicago
70 West Madison Street, #3100
Chicago, IL 60602-4207
312-372-1121
312-827-8005 (fax)
peter.rush@klgates.com

Attorneys for Defendants
Oppenheimer Core Bond Fund and Oppenheimer Integrity Funds, Beverly L. Hamilton, Edward L. Cameron, F. William Marshall, Jr., George C. Bowen, Robert G. Avis, Robert J. Malone, Sam Freedman, William L. Armstrong, Jon S. Fossel

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October, 2009, I electronically filed a true and correct copy of the foregoing **UNOPPOSED MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINTS AND ESTABLISH A SCHEDULING ORDER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Jeffrey S. Abraham**
  jabraham@aftlaw.com
- **Glen L. Abramson**
  gabramson@bm.net,gelliott@bm.net
- **Arthur H. Aufses , III**
  aaufses@kramerlevin.com
- **Jeffrey Allen Berens**
  jeff@dyerberens.com,jeffreyberens@comcast.net
- **Timothy R. Beyer**
  tbeyer@bhfs.com,breinhardt@bhfs.com,rbower@bhfs.com
- **Francis A. Bottini , Jr**
  frankb@johnsonbottini.com,paralegal@johnsonbottini.com
- **Stephen D. Bunch**
  dbunch@cohenmilstein.com,efilings@cohenmilstein.com
- **Michael W. Byrne**
  mbyrne@bhfs.com,rbower@bhfs.com,mpincock@bhfs.com
- **Robert Bruce Carey**
  rcarey@hbsslaw.com,agostnell@careylaw.com,rob.carey@att.net
- **Jeffrey A. Chase**
  jchase@jcfkk.com,vlsanders@jcfkk.com
- **Karen Jean Cody-Hopkins**
  kjch@lilleylaw.com,rbyers@lilleylaw.com
- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com
- **William K. Dodds**
  william.dodds@dechert.com,luis.lopez@dechert.com
- **Stephanie Erin Dunn**
  sdunn@perkinscoie.com,docketden@perkinscoie.com,sdunn-efile@perkinscoie.com
- **Robert J. Dyer , III**
  bob@dyerberens.com
- **Alan I. Ellman**
  aellman@labaton.com,electroniccasefiling@labaton.com
- **Jack G. Fruchter**
  jfruchter@aftlaw.com

- **William H. Garvin , III**
  wgarvin@garvinlawfirm.com
- **Paul J. Geller**
  pgeller@csgrr.com,e_file_fl@csgrr.com
- **Daniel Charles Girard**
  dcg@girardgibbs.com,sfs@girardgibbs.com
- **Lionel Z. Glancy**
  lglancy@glancylaw.com,info@glancylaw.com
- **Rusty Evan Glenn**
  rusty@shumanlawfirm.com
- **Gary S. Graifman**
  ggraifman@kgglaw.com,ccornfield@kgglaw.com
- **Barbara Ann Grandjean**
  bgrandjean@jcfkk.com,lchandler@jacobschase.com
- **John K. Grant**
  johnkg@csgrr.com,jdecena@csgrr.com
- **Marc C. Haber**
  mhaber@sparerlaw.com
- **Dale R. Harris**
  dale.harris@dgslaw.com,patricia.henson@dgslaw.com
- **Reed R. Kathrein**
  reed@hbsslaw.com,sf_filings@hbsslaw.com
- **Seth Alan Katz**
  skatz@burgsimpson.com,bgeorge@burgsimpson.com
- **Christopher J. Keller**
  ckeller@labaton.com,ejo@labaton.com,aellman@labaton.com,electroniccasefiling@labaton.com
- **Phillip C. Kim**
  pkim@rosenlegal.com
- **Peter George Koclanes**
  pkoclanes@shermanhoward.com,cgreen@shermanhoward.com, efiling@sah.com
- **Jeffrey Robert Krinsk**
  jrk@classactionlaw.com,anv@classactionlaw.com
- **Catherine Kowalewski**
  katek@csgrr.com, hdemag@csgrr.com
- **Matthew L. Larrabee**
  matthew.larrabee@dechert.com,will.rehling@dechert.com,michael.doluisio@dechert.com,reginald.zeigler@dechert.com,alice.jensen@dechert.com,muriel.korol@dechert.com,david.burkhart@dechert.com
- **Nicole C. Lavallee**
  nlavallee@bermandevalerio.com,stuiasosopo@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Eric Lechtzin**
  elechtzin@bm.net,cgiordano@bm.net
- **Jonathan Krasne Levine**
  jkl@girardgibbs.com,amv@girardgibbs.com
- **Lawrence D. Levit**
  llevit@aftlaw.com
- **Kevin Harvey Lewis**
  klewis@sparerlaw.com
- **Charles Walter Lilley**
  clilley@lilleylaw.com
- **Howard T. Longman**
  Tsvi@aol.com,jasondag@ssbny.com
- **Edward Thomas Lyons , Jr**
  elyons@joneskeller.com
- **Kristin A. Martinez**
  kristin@dyerberens.com
- **Daniel Ellis McKenzie**
  dmckenzie@burgsimpson.com,kwilson@burgsimpson.com
- **Robert Nolen Miller**
  rmiller@perkinscoie.com,docketden@perkinscoie.com,rmiller-efile@perkinscoie.com
- **James S. Nabwangu**
  jnabwangu@sparerlaw.com
- **Darren A. Natvig**
  dnatvig@irwin-boesen.com
- **Gordon W. Netzorg**
  gnetzorg@shermanhoward.com,cdias@shermanhoward.com,efiling@shermanhoward.com,cdoering@shermanhoward.com
- **Matthew D. Pearson**
  mpearson@bermandevalerio.com,ysoboleva@bermandevalerio.com
- **Charles J. Piven**
  piven@browerpiven.com
- **Charles Michael Plavi , II**
  cmp@classactionlaw.com,anv@classactionlaw.com
- **Andrei V. Rado**
  arado@milberg.com,MAOffice@milberg.com
- **Darren J. Robbins**
  darrenr@csgrr.com,e_file_sd@csgrr.com
- **Samuel H. Rudman**
  srudman@csgrr.com,dgonzales@csgrr.com
- **Peter G. Rush**
  peter.rush@klgates.com,melissa.neubeck@klgates.com
- **Regina Ames Sandler**
  ras@girardgibbs.com,amv@girardgibbs.com

- **Sherrie R. Savett**
  ssavett@bm.net,mgatter@bm.net
- **Christina H.C. Sharp**
  chc@girardgibbs.com,sfs@girardgibbs.com,amv@girardgibbs.com
- **Aaron Michael Sheanin**
  amv@girardgibbs.com
- **Kip Brian Shuman**
  kip@shumanlawfirm.com,rusty@shumanlawfirm.com,lisa@shumanlawfirm.com
- **Mark David Smilow**
  msmilow@weisslurie.com
- **Alan W. Sparer**
  asparer@sparerlaw.com,nblake@sparerlaw.com,dcorkran@sparerlaw.com,playzer@sparerlaw.com
- **Olimpio Lee Squitieri**
  Lee@sfclasslaw.com,cathy@sfclasslaw.com
- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,stuiasosopo@bermandevalerio.com,ysoboleva@bermandevalerio.com
- **Steven J. Toll**
  stoll@cohenmilstein.com,efilings@cohenmilstein.com
- **Kirk Douglas Tresemer**
  ktresemer@irwin-boesen.com
- **Anne Marie Vu**
  avu@milberg.com,MAOffice@milberg.com
- **David C. Walton**
  davew@csgrr.com,hdemag@csgrr.com
- **Joseph H. Weiss**
  jweiss@weisslurie.com,infony@weisslurie.com
- **Douglas S. Wilens**
  e_file_fl@csgrr.com,dwilens@csgrr.com
- **Shawn A. Williams**
  shawnw@csgrr.com,jdecena@csgrr.com

I have also served copies of the foregoing via email or United States Mail, first class postage prepaid, addressed to the following:

**Joseph Kravee**
jnk@ssem.com

**Catherine H. McElveen**
Richardson, Patrick, Westbrook & Brickman, LLC-Mt. Pleasant
1037 Chuck Dawley Boulevard
Building A
Mount Pleasant, SC 29464

**Daniel Oakes Myers**
Richardson, Patrick, Westbrook & Brickman, LLC-Mt. Pleasant
1037 Chuck Dawley Boulevard
Building A
Mount Pleasant, SC 29464

*s/ Robert N. Miller*
Robert N. Miller
Perkins Coie LLP
1899 Wynkoop Street, Suite 700
Denver, CO 80202-1043
Tel: 303.291.2300
Fax: 303.291.2400
Email: rmiller@perkinscoie.com

Attorneys for Defendants
Attorneys for OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc., Oppenheimer AMT-Free Municipals, Oppenheimer AMT-Free New York Municipals, Oppenheimer California Municipal Fund, Oppenheimer Multi-State Municipal Trust , Oppenheimer Rochester National Municipals, Oppenheimer New Jersey Municipal Fund, Oppenheimer Pennsylvania Municipal Fund, Rochester Fund Municipals, Scott S. Cottier, Ronald H. Fielding, Daniel G. Loughran, Angelo Manioudakis, John V. Murphy, Brian Petersen, Richard Stein, Brian Szilagyi, Mark S. Vandehey, Troy E. Willis, Brian W. Wixted