UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Master Docket No. **09-md-02063-JLK-KMT** (MDL Docket No. 2063)

IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION

---

## MINUTE ORDER
---

Hon John L. Kane ORDERS

Defendants' Unopposed Motion to Extend Time to File Amended Complaints and Establish a Scheduling Order was filed simultaneously on October 12, 2009, in this multidistrict action (Doc. 201) and in the Fixed Income cases (Doc. 74 in 09-cv-386 and Doc. 71 in 09-cv-1186).  The Court by separate Minute Order DENIED the Motions in the Fixed Income cases, which can and should proceed independently, at least until the cases proceed toward formal discovery, if things come to that.  Seeing utility in common filing and omnibus motions practice in the Municipal MDL Actions, however, the Court GRANTS Defendants' Motion in 09-md-2063.

Accordingly, ten days after lead plaintiffs are appointed and lead counsel approved in the Municipal MDL Actions, the parties shall file a proposed schedule for the filing of Consolidated Amended Complaints as well as a proposal for briefing the motions to dismiss in the Municipal MDL actions.

_____
Dated October 14, 2009.