IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **09-cv-02738-JLK**

**DONALD L. COHN and KAREN S. COHN**,

v.

**OPPENHEIMER FUNDS, INC. et al.**

Civil Action No. **09-cv-00386-JLK-KMT** (consolidated with **09-cv-525-JLK-KMT**)

**IN RE: OPPENHEIMER CHAMPION FUND SECURITIES FRAUD CLASS ACTIONS**

This document relates to BOTH actions.

Civil Action No**. 09-cv-01186-JLK-KMT**

**IN RE: CORE BOND FUND**

**JOINT STATUS REPORT**

This Joint Status Report is being filed pursuant to the Court's November 23, 2009 Order (the "Order") noting the recent transfer of the action captioned as *Donald L. Cohn and Karen S. Cohn v. OppenheimerFunds, Inc. et al.*, No. 09-cv-2738 (the "Cohn Action") to this Court from the United States District Court for the Southern District of California. By way of the Order, the Court requested the parties' "positions on consolidation and pretrial proceedings" for the Cohn Action and the Oppenheimer Fixed Income class actions (as described in the Order and captioned above). The parties to the actions, having met and conferred, respectfully submit this Joint Status Report.

As an initial matter, the parties: (i) agree that the Cohn Action should be coordinated with the Oppenheimer Fixed Income class actions for pre-trial purposes (except settlement); and (ii) commit to meeting and conferring on any matters bearing on the Cohn Action and Oppenheimer Fixed Income class actions to provide the utmost efficiency for the Court and parties.

**TEMPORARY STAY OF THE COHN ACTION**

In the interest of judicial economy, the parties in the Cohn Action have agreed to a temporary stay of the Cohn Action until such time as the Court rules on defendants' motions to dismiss in the Oppenheimer Fixed Income class actions.[1]  Within fourteen (14) days following the issuance of the Court's ruling on defendants' motions to dismiss the Oppenheimer Fixed Income class actions, the parties in the Cohn Action will meet and confer to determine what, if any, issues remain that may be the subject of a motion to dismiss in the Cohn Action and establish an appropriate briefing schedule for any such motion.  Counsel in the Cohn Action will submit a stipulated proposed order to the Court pertaining to such a stay.

**COORDINATION OF PRETRIAL MATTERS, INCLUDING DISCOVERY**

With the exception of matters pertaining to settlement, during the pendency of the Cohn Action, Class counsel in the Oppenheimer Fixed Income class actions will coordinate all discovery and pretrial proceedings in the class actions with plaintiffs' counsel in the Cohn Action.  In sum, Class counsel will oversee all forms of discovery.  Plaintiffs in the Cohn Action will be permitted to take non-duplicative discovery after first providing notice to Class counsel and in the event of any dispute will meet and confer with Class counsel to resolve any issues that may arise regarding discovery.  Counsel for the parties will confer and submit a stipulated

---

[1] Defendants' motions to dismiss in the Oppenheimer Fixed Income class actions will be filed on December 3, 2009. Plaintiffs' responses to those motions are due on or before January 18, 2010. Defendants' replies are due February 17, 2010.

proposed order to the Court concerning coordination and providing details of such a discovery plan.

Notwithstanding the agreements reflected herein, Defendants reserve any and all objections to potential future discovery in the class actions and/or the Cohn Action, including without limitation objections on the grounds such potential future discovery is duplicative, unnecessary and unduly burdensome. Nothing herein shall bar any party from seeking further relief with respect to the coordination and/or consolidation of these actions or any other related cases transferred to or pending in this District.

The parties are available should the Court require additional information.

Dated:  December 2, 2009          Respectfully submitted:

| | |
|---|---|
| s/ Stephanie Dunn | s/ Kip B. Shuman |
| Robert N. Miller | Kip B. Shuman |
| Stephanie Dunn | Rusty Glenn |
| **PERKINS COIE LLP** | **THE SHUMAN LAW FIRM** |
| 1899 Wynkoop Street, Suite 700 | 885 Arapahoe Avenue |
| Denver, Colorado  80202 | Boulder, Colorado  80302 |
| Telephone: (303) 291-2300 | Telephone: (303) 861-3003 |
| Facsimile:  (303) 291-2400 | Facsimile: (303) 484-4886 |
| Email: rmiller@perkinscoie.com | Email: kip@shumanlawfirm.com |
| Email: sdunn@perkinscoie.com | Email: rusty@shumanlawfirm.com |
| | |
| William K. Dodds | *Liaison Counsel for Lead Plaintiff* |
| Matthew L. Larrabee | |
| **DECHERT, LLP** | Christopher J. Keller |
| 1095 Avenue of the Americas | Alan I. Ellman |
| New York, New York 10036 | Sidney Liebesman |
| Telephone:  (212) 698-3500 | **LABATON SUCHAROW LLP** |
| Facsimile: (212) 698-3599 | 140 Broadway |
| | New York, New York  10005 |
| *Attorneys for Defendants* | Telephone: (212) 907-0700 |
| *OppenheimerFunds, Inc.,* | Facsimile: (212) 818-0477 |

*OppenheimerFunds Distributor, Inc., Oppenheimer AMT-Free Municipals, Oppenheimer AMT-Free New York Municipals, Oppenheimer California Municipal Fund, Oppenheimer Multi-State Municipal Trust , Oppenheimer Rochester National Municipals, Oppenheimer New Jersey Municipal Fund, Oppenheimer Pennsylvania Municipal Fund, Rochester Fund Municipals, Scott S. Cottier, Ronald H. Fielding, Daniel G. Loughran, Angelo Manioudakis, John V. Murphy, Brian Petersen, Richard Stein, Brian Szilagyi, Mark S. Vandehey, Troy E. Willis, Brian W. Wixted*


  *s/ Dale R. Harris*
Dale R. Harris
**DAVIS GRAHAM & STUBBS LLP**
1550 Seventeenth Street, Suite 500
Denver, Colorado 80202
Telephone: (303) 892-9400
Facsimile: (303) 893-1379
Email:  Dale.Harris@dgslaw.com

Peter G. Rush
**K&L GATES LLP**
70 West Madison Street, #3100
Chicago, Illinois 60602-4207
Telephone: (312) 372-1121
Facsimile: (312) 827-8005

*Attorneys for Defendants Oppenheimer Core Bond Fund and Oppenheimer Integrity Funds, Beverly L. Hamilton, Edward L. Cameron, F. William Marshall, Jr., George C. Bowen, Robert G. Avis, Robert J. Malone, Sam Freedman, William L. Armstrong, Jon S. Fossel*

*Counsel for Lead Plaintiff and Lead Counsel for the Class*

Steve W. Berman
Sean R. Matt
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, Washington  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*Additional Class Counsel*


  *s/ John Boyce, Jr.*
George A. Foster
John Boyce, Jr.
**FOSTER WALSH, LLP**
9201 Spectrum Center Blvd.
Suite 210
San Diego, California 92123
Telephone: (858) 300-9950
Facsimile: (858) 300-9951

*Plaintiffs' Counsel In The Cohn Action*

## **Certificate of Service**

       I hereby certify that the foregoing was filed with this Court on December 2, 2009 through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

                                                                                                s/ Rusty E. Glenn
                                                                                                 Rusty E. Glenn