**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

December 21, 2009

Douglas E. Cressler
Chief Deputy Clerk


Mr. Jeffrey A. Berens
Dyer & Berens LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203

Mr. Robert J. Dyer III
Dyer & Berens LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203

RE:   **09-1557, In re: John Stevko, et al,**
      Dist/Ag docket: 1:09-MD-02063-JLK-KMT

Dear Counsel:

A petition for extraordinary writ of mandamus was docketed today. You will be notified as soon as the court takes action.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court


cc:   Jeffrey S. Abraham
      Arthur H. Aufses III
      Timothy R. Beyer
      Francis A. Bottini Jr.
      Stephen D. Bunch
      Michael W. Byrne

Jeffrey A. Chase
Karen Jean Cody-Hopkins
William K. Dodds
Stephanie Erin Dunn
Jack G. Fruchter
William H. Garvin III
Paul J. Geller
Lionel Z Glancy
Gary S. Graifman
Barbara Grandjean
John K. Grant
Marc C. Haber
Phillip C. Kim
Catherine J. Kowalewski
Jeffrey Robert Krinsk
Matthew L. Larrabee
Nicole C. Lavallee
Lawrence D. Levit
Kevin Harvey Lewis
Yehudis S. Lewis
Charles Lilley
Howard T. Longman
Edward T. Lyons Jr.
Kristin Ann Martinez
Catherine H. McElveen
Robert Nolen Miller
Daniel Oakes Myers
James S. Nabwangu
Darren A. Natvig
Matthew D. Pearson
Andrei V. Rado
Darren Jay Robbins
Samuel H. Rudman
Kip Brian Shuman
Mark D. Smilow
Alan W. Sparer
Olimpio Squitieri
Joseph J. Tabacco Jr.
Steven J. Toll
Kirk D. Tresemer
Anne Marie Vu
David C. Walton
Joseph H. Weiss
Shawn A. Williams

EAS/jm