**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Master Docket No. 09-md-02063-JLK-KMT (MDL Docket No. 2063)

IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION

This document relates to:   1:09-cv-00550-JLK (Bock)
1:09-cv-00703-JLK (Begley)
1:09-cv-00706-JLK-KMT (Stokar)
1:09-cv-00927-JLK-KMT (Tackmann)
1:09-cv-01042-JLK-KMT (Krim)
1:09-cv-01060-JLK-KMT (Trueman)
1:09-cv-01243-JLK (Prince)
1:09-cv-01406-JLK (Unanue)

**NOTICE OF WITHDRAWAL AS COUNSEL FOR CERTAIN PLAINTIFFS**

NOTICE to plaintiffs Bernadette Begley, Brendan L. Bock, Modean Connel, Glenwood Prince, RF Investor Group, RNF Investor Group, Victor Sasson, Peter Unanue and John Vazquez (collectively, the "Plaintiff Group"); and to all counsel of record:

Pursuant to D.C.COLO.LCivR 83.3(D), Timothy R. Beyer and Michael W. Byrne of the law firm Brownstein Hyatt Farber Schreck, LLP ("Brownstein Counsel"), hereby send this Notice of Withdrawal as Counsel for Certain Plaintiffs.

The Plaintiff Group clients and their remaining counsel are hereby notified that Messrs. Beyer and Byrne will move the Court for an Order allowing them to withdraw as Counsel in this case.

The Plaintiff Group clients and their remaining counsel are further notified that they are responsible for complying with all court orders and time limitations established by any applicable rules.

Dated: January 26, 2009

<div style="margin-left: 3em;">

s/Michael W. Byrne
Timothy R. Beyer # 12168
Michael W. Byrne # 33968
BROWNSTEIN HYATT FARBER SCHRECK LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado  80202-4432
Telephone:  (303) 223-1100
Facsimile:  (303) 223-1111
E-mail:  mbyrne@bhfs.com

*Counsel for Plaintiffs Bernadette Begley, Brendan L. Bock, Modean Connel, Glenwood Prince, RF Investor Group, RNF Investor Group, Victor Sasson, Peter Unanue and John Vazquez.*

</div>

# CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2010 I electronically filed a **NOTICE OF WITHDRAWAL AS COUNSEL FOR CERTAIN PLAINTIFFS** with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to the email addresses indicated on the below Electronic Mail Notice List; and, I hereby certify that I have mailed the foregoing via the U.S. Postal Service to the non-CM/ECF participants indicated on the below Manual Notice List. I further certify that I have sent this Notice to the below listed clients via email to their continuing counsel at Milberg, LLP.

s/Michael W. Byrne

PLAINTIFF GROUP CLIENTS:

Andrei V. Rado *arado@milberg.com*
Anne Marie Vu *avu@milberg.com*
Milberg, LLP-New York
as continuing counsel for Bernadette Begley, Brendan L. Bock, Modean Connel, Glenwood Prince, RF Investor Group, RNF Investor Group, Victor Sasson, Peter Unanue and John Vazquez


COUNSEL ELECTRONIC MAIL NOTICE LIST:

Jeffrey A. Chase jchase@jcfkk.com, vlsanders@jcfkk.com
Robert J. Dyer, III bob@dyerberens.com
Edward Thomas Lyons, Jr elyons@joneskeller.com
Robert Nolen Miller rmiller@perkinscoie.com, rmiller-efile@perkinscoie.com
Charles Walter Lilley clilley@lilleylaw.com
Gordon W. Netzorg gnetzorg@shermanhoward.com, cdias@shermanhoward.com, efiling@shermanhoward.com, shood@shermanhoward.com
Kirk Douglas Tresemer ktresemer@irwin-boesen.com
Timothy R. Beyer tbeyer@bhfs.com, breinhardt@bhfs.com, rbower@bhfs.com
Sherrie R. Savett ssavett@bm.net, mgatter@bm.net
Steven J. Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com
Olimpio Lee Squitieri Lee@sfclasslaw.com, cathy@sfclasslaw.com
Joseph J. Tabacco, Jr jtabacco@bermandevalerio.com, stuiasosopo@bermandevalerio.com, ysoboleva@bermandevalerio.com
Lionel Z. Glancy lglancy@glancylaw.com, info@glancylaw.com
Barbara Ann Grandjean bgrandjean@jcfkk.com, lchandler@jacobschase.com
Kip Brian Shuman kip@shumanlawfirm.com, rusty@shumanlawfirm.com
Stephanie Erin Dunn sdunn@perkinscoie.com, sdunn-efile@perkinscoie.com
Joseph H. Weiss jweiss@weisslurie.com, infony@weisslurie.com
Peter George Koclanes pkoclanes@shermanhoward.com, cgreen@shermanhoward.com, efiling@sah.com

Jeffrey Allen Berens jeff@dyerberens.com, jeffreyberens@comcast.net
Patrick V. Dahlstrom pdahlstrom@pomlaw.com
Jeffrey S. Abraham jabraham@aftlaw.com
Paul J. Geller pgeller@csgrr.com, e_file_fl@csgrr.com
Samuel H. Rudman srudman@csgrr.com, dgonzales@csgrr.com
Jeffrey Robert Krinsk jrk@classactionlaw.com, anv@classactionlaw.com
Charles J. Piven piven@browerpiven.com
Daniel Charles Girard dcg@girardgibbs.com, sfs@girardgibbs.com
Darren J. Robbins darrenr@csgrr.com, e_file_sd@csgrr.com
Andrei V. Rado arado@milberg.com, MAOffice@milberg.com
Lawrence D. Levit llevit@aftlaw.com
Kevin Harvey Lewis klewis@sparerlaw.com
Karen Jean Cody-Hopkins kjch@lilleylaw.com, rbyers@lilleylaw.com
Darren A. Natvig dnatvig@irwin-boesen.com
Seth Alan Katz skatz@burgsimpson.com, bgeorge@burgsimpson.com
Michael W. Byrne mbyrne@bhfs.com, mpincock@bhfs.com, rbower@bhfs.com
Daniel Ellis McKenzie dmckenzie@burgsimpson.com, kwilson@burgsimpson.com
Alan I. Ellman aellman@labaton.com, electroniccasefiling@labaton.com
Christopher J. Keller ckeller@labaton.com, electroniccasefiling@labaton.com
William K. Dodds william.dodds@dechert.com, luis.lopez@dechert.com
Jonathan Krasne Levine jkl@girardgibbs.com, amv@girardgibbs.com
Aaron Michael Sheanin amv@girardgibbs.com, ams@girardgibbs.com
Kristin A. Martinez kristin@dyerberens.com
Gary S. Graifman ggraifman@kgglaw.com, ccornfield@kgglaw.com
Christina H.C. Sharp chc@girardgibbs.com, ale@girardgibbs.com, amv@girardgibbs.com, as@girardgibbs.com, sfs@girardgibbs.com
Jack G. Fruchter jfruchter@aftlaw.com
Francis A. Bottini, Jr frankb@johnsonbottini.com, paralegal@johnsonbottini.com
Alan W. Sparer asparer@sparerlaw.com, dcorkran@sparerlaw.com, nblake@sparerlaw.com, playzer@sparerlaw.com
James S. Nabwangu jnabwangu@sparerlaw.com
Marc C. Haber mhaber@sparerlaw.com
Shawn A. Williams shawnw@csgrr.com, jdecena@csgrr.com
John K. Grant johnkg@csgrr.com, jdecena@csgrr.com
Catherine J. Kowalewski katek@csgrr.com, hdemag@csgrr.com
David C. Walton davew@csgrr.com, hdemag@csgrr.com
Nicole C. Lavallee nlavallee@bermandevalerio.com, stuiasosopo@bermandevalerio.com, ysoboleva@bermandevalerio.com
Matthew L. Larrabee matthew.larrabee@dechert.com, alice.jensen@dechert.com, david.burkhart@dechert.com, michael.doluisio@dechert.com, muriel.korol@dechert.com, reginald.zeigler@dechert.com, will.rehling@dechert.com
Arthur H. Aufses, III aaufses@kramerlevin.com
Stephen D. Bunch dbunch@cohenmilstein.com, efilings@cohenmilstein.com
Anne Marie Vu avu@milberg.com, MAOffice@milberg.com

Matthew D. Pearson mpearson@bermandevalerio.com, ysoboleva@bermandevalerio.com
Mark David Smilow msmilow@weisslurie.com
Phillip C. Kim pkim@rosenlegal.com
Glen L. Abramson gabramson@bm.net, gelliott@bm.net
Eric Lechtzin elechtzin@bm.net
Howard T. Longman Tsvi@aol.com, jasondag@ssbny.com
Charles Michael Plavi, II cmp@classactionlaw.com, anv@classactionlaw.com
Douglas S. Wilens dwilens@csgrr.com, e_file_fl@csgrr.com
William H. Garvin, III wgarvin@garvinlawfirm.com
Yehudis S. Lewis ylewis@kramerlevin.com
Peter E. Seidman pseidman@milberg.com
Roland W. Riggs , IV rriggs@milberg.com
John Givens Emerson jemerson@emersonpoynter.com
Scott E. Poynter scott@emersonpoynter.com

MANUAL MAIL NOTICE LIST:

Catherine H. McElveen
Richardson, Patrick, Westbrook & Brickman, LLC-Mt. Pleasant
1037 Chuck Dawley Boulevard
Building A
Mount Pleasant, SC 29464

Daniel Oakes Myers
Richardson, Patrick, Westbrook & Brickman, LLC-Mt. Pleasant
1037 Chuck Dawley Boulevard
Building A
Mount Pleasant, SC 29464

13181\1\1293169.1