IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Master Docket No. **09-md-02063-JLK-KMT** (MDL Docket No. 2063)

**IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION**

This document relates to all the MDL actions.

## ORDER ESTABLISHING BRIEFING SCHEDULE

The Court having reviewed the Joint Proposal to Establish Briefing Schedule Pursuant to the Joint Statement filed December 1, 2009 and being otherwise fully advised in the premises, hereby ORDERS:

1. The Oppenheimer Defendants and the Fund Defendants[1] in each of the seven above-referenced Municipal Fund Cases will file their motions to dismiss no later than April 5, 2010.

2. Lead Plaintiffs will file their response briefs to the Oppenheimer Defendants' and Fund Defendants' motions to dismiss no later than June 4, 2010.

3. The Oppenheimer Defendants and the Fund Defendants will file their reply briefs in support of their motions to dismiss no later than July 5, 2010.

---

[1] The Oppenheimer Defendants include: OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc., Scott S. Cottier, Ronald H. Fielding, Daniel G. Loughran, John V. Murphy, Brian Petersen, Troy E. Willis, and Brian W. Wixted. The Fund Defendants include: Oppenheimer AMT-Free Municipals, Oppenheimer AMT-Free New York Municipals, Oppenheimer California Municipal Fund, Oppenheimer Multi-State Municipal Trust, Rochester Fund Municipals, Brian F. Wruble, Clayton K. Yeutter, David K. Downes, Edward V. Regan, Joel W. Motley, John Cannon, Joseph M. Wikler, Kenneth A. Randall, Lacy B. Herrmann, Mary F. Miller, Matthew P. Fink, Paul Y. Clinton, Peter I. Wold, Phillip A. Griffiths, Robert G. Galli, Russell S. Reynolds, Jr., and Thomas W. Courtney.

SO ORDERED this 2nd day of February, 2010.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court