**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Master Docket No. 09-md-02063-JLK-KMT (MDL Docket No. 2063)

IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION

This document relates to all the MDL actions.

---

**ORDER AMENDING DOC. 267 ESTABLISHING BRIEFING SCHEDULE TO INCLUDE DEFENDANT MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY**

---

Kane, J.

The Unopposed Motion to Join Briefing Schedule (Doc. 269) filed by Massachusetts Mutual Life Insurance Company's ("Mass Mutual") is GRANTED. The Order (Doc. 267) establishing a briefing schedule is hereby AMENDED to include Defendant Mass Mutual. Defendant Mass Mutual shall file its responses to the Consolidated Amended Complaints no later than **April 5, 2010**; lead Plaintiffs shall file their responsive briefs to any motion to dismiss filed by Defendant Mass Mutual no later than **June 4, 2010**; and Defendant Mass Mutual shall file its reply briefs in support of its motions to dismiss no later than **July 5, 2010.**

DATED FEBRUARY 10, 2010.

                                              **s/John L. Kane**
                                              SENIOR U.S. DISTRICT JUDGE