UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Master Docket No. **09-md-02063-JLK-KMT** (MDL Docket No. 2063)

IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION

This document relates to all of the MDL actions.

**MINUTE ORDER**

Hon John L. Kane ORDERS

     Pursuant to a telephone conference held today with counsel for interested parties in this litigation, all briefing on Motions to Dismiss (specifically including Docs. 284, 285, 286) is STAYED and HELD IN ABEYANCE so the parties may participate in mediation unencumbered by accompanying deadlines. Liaison Counsel shall cause a Status Report to be filed on behalf of all parties, plaintiff and defendant, on or before July 30, 2010, setting forth the results of mediation, progress toward informal resolution made, and stating the parties' positions regarding an amended briefing schedule.

_____
Dated May 17, 2010.