UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Master Docket No. **09-md-02063-JLK-KMT** (MDL Docket No. 2063)

IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION

This document relates to all of the MDL actions.

___

## MINUTE ORDER
___

Hon John L. Kane ORDERS

The Minute Order issued earlier today (Doc. 288) is VACATED. The Motions to Dismiss stayed at the request of counsel were those in the Oppenheimer Fixed Income cases, 09-cv-386 and 09-cv-1186, not the MDL. A clarifying Minute Order has gone out in those cases. Briefing on the Motions to Dismiss in the above-captioned MDL shall proceed in accordance with the Order Establishing Briefing Schedule issued on February 2, 2010 (Doc. 267).

_____
Dated May 17, 2010.