# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Master Docket No. 09-md-02063-JLK-KMT (MDL Docket No. 2063)

## IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION

This document relates to all of the MDL actions.

---

## JOINT STATUS REPORT CONCERNING DISCOVERY AND
## FILING OF PROPOSED SCHEDULING ORDER

---

Lead Plaintiffs and Defendants (the "Parties") hereby respond to the Court's October 24, 2011 Order (the "Order"), to express their views on "how best to proceed to and manage the discovery phase of this litigation" and provide "a timeline for the preparation and submission of a proposed Scheduling Order."

Since the Court issued its Order, the Parties have conferred a number of times to discuss the Scheduling Order and the efficient management of these seven cases. In that regard, the Parties report as follows:

1. Lead Plaintiffs have reported to Defendants that that they have no current intention to amend their pending Complaints. Accordingly, Defendants shall file Answers to Plaintiffs' Amended Complaints by January 6, 2012. Notwithstanding the foregoing, the Parties acknowledge that Plaintiffs in the California and Pennsylvania fund cases may be granted leave to amend their Complaints by the Court in connection with the pending motions to dismiss in those cases and that, in the event of any such amendment, Defendants will amend their Answers.

2. The Parties will meet on December 14, 2011, to discuss those issues required to be included in the court-approved Scheduling Order, including but not limited to the commencement and potential phasing or prioritizing of discovery, the date for Rule 26(a)(1) mandatory disclosures, evidence preservation, document discovery, electronic discovery, depositions, expert discovery, scheduling issues, and class certification. The Parties propose that this December 14 meeting and the anticipated continuing dialogue necessary to submit a proposed Scheduling Order will satisfy their obligations to meet and confer under Rule 26(f).

3. The Parties have agreed to meet and confer on ways to ensure that discovery and motion practice are as efficient as possible. This will include discussions on: (i) conducting coordinated omnibus discovery, to the extent possible; (ii) potential sequencing of motions and briefing to achieve efficiencies; and (iii) submission and briefing of joint issues that affect multiple cases, when warranted and practical. In addition, if discovery demands are propounded after the meeting of counsel on December 14, 2011, the Parties will endeavor to work cooperatively regarding the timing of responses and the production of documents. To the extent that the Parties are unable to reach agreement on the timing of responses to such requests, the Parties shall state their respective positions in the proposed Scheduling Order.

4. The Parties plan to submit a proposed protective order as soon as practicable.

5. The Parties intend to file a proposed Scheduling Order on January 13, 2012 that will supersede the Court's Initial Case Administration Order previously entered in these cases. The Parties also propose that this Scheduling Order will be deemed to comply with their obligations to file a discovery plan as contemplated by Rule 26(f)(3).

6. The Parties request that the Court hold a hearing on January 20, 2012, to address the proposed Scheduling Order and any related issues.

Dated: November 18, 2011

Respectfully submitted,

s/ Kip B. Shuman
Kip B. Shuman
Rusty E. Glenn
**THE SHUMAN LAW FIRM**

885 Arapahoe Avenue
Boulder, CO 80302
Telephone: (303) 861-3003
Fax: (303) 484-4886
kip@shumanlawfirm.com
rusty@shumanlawfirm.com

*Liaison Counsel*

| | |
|---|---|
| Steven J. Toll | Sanford P. Dumain |
| Lisa M. Mezzetti | Peter E. Seidman |
| Daniel S. Sommers | Roland W. Riggs |
| S. Douglas Bunch | Christopher J. Orrico |
| **COHEN MILSTEIN SELLERS** | **MILBERG LLP** |
| **& TOLL PLLC** | One Pennsylvania Plaza |
| 1100 New York Avenue, NW | 48th Floor |
| Suite 500 West Tower | New York, NY 10119 |
| Washington, D.C. 20005 | Telephone: (212) 594-5300 |
| Telephone: (202) 408-4600 | Fax: (212) 868-1229 |
| Fax: (202) 408-4699 | sdumain@milberg.com |
| stoll@cohenmilstein.com | pseidman@milberg.com |
| lmezzetti@cohenmilstein.com | rriggs@milberg.com |
| dsommers@cohenmilstein.com | corrico@milberg.com |
| dbunch@cohenmilstein.com | |

*Attorneys for Lead Plaintiff Leonard Klorfine in the AMT-Free Fund cases, Lead Plaintiffs Stuart and Carole Krosser in the Rochester Fund cases, and Lead Counsel for the Class*

*Attorneys for Lead Plaintiff John Vazquez in the AMT-Free New York Fund cases, Lead Plaintiff Victor Sasson in the New Jersey Fund cases, Lead Plaintiff Peter Unanue in the Rochester National Fund cases, and Lead Counsel for the Class*

Alan W. Sparer
Marc Haber
James S. Nabwangu
**SPARER LAW GROUP**
100 Pine Street, 33rd Floor
San Francisco, CA 94111
Telephone: (415) 217-7300
Fax: (415) 217-7307
asparer@sparerlaw.com
mhaber@sparerlaw.com
klewis@sparerlaw.com
jnabwangu@sparerlaw.com

*Attorneys for Lead Plaintiff Joseph Stockwell in the California Fund cases and Lead Counsel for the Class*

Sherrie R. Savett
Gary E. Cantor
Glen L. Abramson
Eric Lechtzin
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Fax: (215) 875-4604
ssavett@bm.net
gcantor@bm.net
gabramson@bm.net
elechtzin@bm.net

*Attorneys for Lead Plaintiff Dharamvir Bhanot in the Pennsylvania Fund cases and Lead Counsel for the Class*

Jeffrey S. Abraham
**ABRAHAM FRUCHTER & TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, NY  10119-2900
Telephone: (212) 279-5050
Fax: (212) 279-3655
jabraham@aftlaw.com

*Additional Counsel for Lead Plaintiff Leonard Klorfine in the AMT-Free Fund cases, Lead Plaintiff Victor Sasson in the New Jersey Fund cases, and Lead Plaintiff Peter Unanue in the Rochester National Fund cases*

Charles J. Piven
**BROWER PIVEN**
A Professional Corporation
488 Madison Avenue, 8th Floor
New York, NY  10022
Telephone: (212) 501-9000
Fax: (212) 501-0300
piven@browerpiven.com

*Additional Counsel for Lead Plaintiff John Vasquez in the AMT-Free New York Fund cases and Lead Plaintiff Dharamvir Bhanot in the Pennsylvania Fund cases*

| | |
|---|---|
| Daniel C. Girard<br>Amanda M. Steiner<br>Christina C. Sharp<br>**GIRARD GIBBS LLP**<br>601 California Street, 14th Floor<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br>Fax: (415) 981-4846<br>dcg@girardgibbs.com<br>ams@girardgibbs.com<br>chc@girardgibbs.com<br><br>*Additional Counsel for Lead Plaintiff Joseph Stockwell in the California Fund cases* | Howard P. Longman<br>**STULL, STULL & BRODY LLP**<br>6 East 45th Street<br>New York, NY 10017<br>Telephone: (212) 687-7230<br>Fax: (212) 490-2022<br>jasondag@ssbny.com<br><br>*Additional Counsel for Lead Plaintiff Victor Sasson in the New Jersey Fund cases* |
| Joseph J. Tabacco, Jr.<br>Nicole C. Lavalle<br>Matthew D. Pearson<br>**BERMAN DEVALERIO**<br>425 California Street, Suite 2100<br>San Francisco, CA 94104<br>Telephone: (415) 433-3200<br>Fax: (415) 433-6382<br>jtabacco@bermandevalerio.com<br>nlavalle@bermandevalerio.com<br>mpearson@bermandevalerio.com<br><br>*Additional Counsel for Lead Plaintiffs Stuart and Carole Krosser in the Rochester Fund cases* | William K. Dodds<br>**DECHERT LLP**<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500<br>Fax: (212) 698-3599<br>william.dodds@dechert.com<br><br>Matthew L. Larrabee<br>**DECHERT LLP**<br>One Maritime Plaza, Suite 2300<br>San Francisco, CA 94111<br>Telephone: (415) 262-4500<br>Fax: (415) 262-4555<br>matthew.larrabee@dechert.com<br><br>*Attorneys for Defendants OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc., Scott Cottier, Ronald H. Fielding, Daniel G. Loughran, John V. Murphy, Troy Willis, and Brian W. Wixted* |

Arthur H. Aufses III
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 715-9100
Fax:  (212) 715-8000
aaufses@kramerlevin.com

*Attorneys for Defendants Oppenheimer AMT-Free Municipals, Oppenheimer AMT-Free New York Municipals, Oppenheimer California Municipal Fund, Rochester Fund Municipals, Oppenheimer Multi-State Municipal Trust, John Cannon, Paul Y. Clinton, Thomas W. Courtney, David K. Downes, Matthew P. Fink, Robert G. Galli, Phillip A. Griffiths, Lacy B. Herrmann, Mary F. Miller, Joel W. Motley, Kenneth A. Randall, Russell S. Reynolds, Jr., Joseph M. Wikler, Peter I. Wold, Brian F. Wruble, Clayton K. Yeutter*

Patrick J. Kanouff
**DAVIS & CERIANI, P.C.**
1350 17th Street, Suite 400
Denver, Colorado  80202
Telephone:  (303) 534-9000
Fax:  (303) 534-9000
pkanouff@davisandceriani.com

*Attorneys for Defendant Massachusetts Mutual Life Insurance Company*

## Certificate of Service

      I hereby certify that the foregoing was filed with this Court on November 18, 2011 through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

                                                *s/ Rusty E. Glenn*
                                                Rusty E. Glenn