UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Master Docket No. **09-md-02063-JLK-KMT** (MDL Docket No. 2063)

IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION

---

**MINUTE ORDER DENYING MOTION TO CERTIFY
INTERLOCUTORY APPEAL (DOC. 316)**

---

Hon John L. Kane ORDERS

      Defendants' Joint Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (Doc. 316) is DENIED. The issue for certification – namely, whether loss causation can ever be plead under § 11 and § 12(a)(2) of the Securities Act of 1933 in private mutual fund claims – does not involve a pure question of law and has not been sufficiently vetted to justify an interlocutory appeal. The Court stands by its rejection of the reasoning in *In re State Street Bank & Trust Co. Fixed Income Funds Investment Litig.*, 774 F. Supp.2d 584 (S.D.N.Y. 2011), and its determination that the "loss" and "value" at issue in this case is not amenable to the court's sweeping holding in that case. *See* M. Bullard, *Dura, Loss Causation, and Mutual Funds: A Requiem for Private Claims?*, 76 U. Cin. L. Rev. 559, 575-77 (2008)(rejecting use of strict or strong loss causation standards in private mutual fund litigation under the Securities Acts and urging recognition of the fact that the value of a mutual fund is reflected by "more than" its daily share price (NAV)).

_____

Dated January 17, 2012.