**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Master Docket No. **09-md-02063-JLK-KMT** (MDL Docket No. 2063)

**IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION**

This document relates to all the MDL actions.

---

**STIPULATED ORDER REGARDING INADVERTENTLY PRODUCED PRIVILEGED MATERIALS OR INFORMATION**

---

In order to ensure that neither party waives any privilege through the inadvertent production of privileged materials or information, and pursuant to Rule 502 of the Federal Rules of Evidence, Plaintiffs and Defendants, by and through their respective counsel of record, hereby stipulate as follows:

1.  Inadvertent production or disclosure of documents or information subject to the attorney-client privilege, work product immunity, or any other applicable privilege shall not constitute a waiver of, nor a prejudice to, any claim that such or related material is privileged or protected by the work product immunity or any other applicable privilege, provided that the producing party notifies the receiving party in writing promptly after discovery of such inadvertent production.

2.  Such inadvertently produced documents or information, including all copies thereof, shall be returned to the producing party or destroyed immediately upon request.

3.  No use shall be made of such documents or information during deposition or at trial, nor shall such documents or information be shown to anyone who has not already been given access to them subsequent to the request that they be returned.

- 2 -

4.  In the case of an inadvertently produced document, the producing party shall then provide a privilege log identifying such inadvertently produced document.

5.  The receiving party may move the Court for an Order compelling production of any inadvertently produced document or information, but the motion shall not assert as a ground for production the fact or circumstances of the inadvertent productions or raise any other issue concerning such inadvertent production that is inconsistent with Rule 502 of the Federal Rules of Evidence, nor shall the motion disclose or otherwise use the content of the inadvertently produced document or information (beyond any information appearing on the above-referenced privilege log) in any way in connection with any such motion.

IT IS SO ORDERED.

DATED this 20th day of January, 2012.

BY THE COURT:

*s/John L. Kane*
John L. Kane
United States District Court Judge


APPROVED:

| | |
|---|---|
| *s/ Stephanie Dunn* | *s/ Kip B. Shuman* |
| Stephanie Dunn | Kip B. Shuman |
| **PERKINS COIE LLP** | Rusty Glenn |
| 1900 16th Street, Suite 1400 | **THE SHUMAN LAW FIRM** |
| Denver, CO 80202-5255 | 885 Arapahoe Avenue |
| Telephone: (303) 291-2300 | Boulder, Colorado 80302 |
| Facsimile: (303) 291-2400 | Telephone: (303) 861-3003 |
| Email: sdunn@perkinscoie.com | Facsimile: (303) 484-4886 |
| | Email: kip@shumanlawfirm.com |
| | Email: rusty@shumanlawfirm.com |
| *s/ William Dodds* | |
| William K. Dodds | *Liaison Counsel for Lead Plaintiffs* |

Matthew L. Larrabee
**DECHERT, LLP-NEW YORK**
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (215) 698-3599
Email: william.dodds@dechert.com

*Attorneys for Defendants OppenheimerFunds, Inc.,*
*OppenheimerFunds Distributor, Inc., Scott S. Cottier, Ronald H. Fielding, Daniel G. Loughran, John V. Murphy, Brian Petersen, Richard Stein, Brian Szilagyi, Mark S. Vandehey, Troy E. Willis, Brian W. Wixted*


 *s/ Arthur Aufses*
Arthur H. Aufses, III
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000 (fax)
Email: aaufses@kramerlevin.com




 *s/ Edward T. Lyons, Jr.*
Edward T. Lyons, Jr.
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: (303) 573-1600
Facsimile: (303) 573-8133 (fax)
Email: elyons@joneskeller.com

*Attorneys for Defendants*
*Oppenheimer AMT-Free Municipals, Oppenheimer AMT-Free New York Municipals, Oppenheimer California Municipal Fund, Oppenheimer Multi-State Municipal Trust, Oppenheimer Rochester*

 *s/   Steven J. Toll*
Steven J. Toll
Lisa M. Mezzetti
S. Douglas Bunch
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
West Tower #500
Washington, DC 20005-3934
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
Email: lmezzetti@cohenmilstein.com
Email: dbunch@cohenmilstein.com

*Lead Counsel in Rochester Fund Municipals and AMT-Free Municipal Fund Litigation*


 *s/   Peter E. Seidman*
Sanford P. Dumain
Peter E. Seidman
Roland W. Riggs
Christopher J. Orrico
**MILBERG LLP**
One Pennsylvania Plaza
48th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
E-mail: sdumain@milberg.com
E-mail: pseidman@milberg.com
E-mail: rriggs@milberg.com
E-mail: corrico@milberg.com

*Lead Counsel in New Jersey Municipal Fund, AMT-Free New York Municipal Fund and Rochester National Municipal Fund Litigation*


 *s/   Alan W. Sparer*
Alan W. Sparer
Marc C. Haber
**SPARER LAW GROUP**

*National Municipals, Oppenheimer New Jersey Municipal Fund, Oppenheimer Pennsylvania Municipal Fund, Rochester Fund Municipals, Brian F. Wruble, Clayton K. Yeutter, David K. Downes, Edward V. Regan, Joel W. Motley, John Cannon, Joseph M. Wikler, Kenneth A. Randall, Lacy B. Herrmann, Mary F. Miller, Mary Ann Tynan, Matthew P. Fink, Paul Y. Clinton, Peter I. Wold, Phillip A. Griffiths, Robert G. Galli, Russell S. Reynolds, Jr., Thomas W. Courtney*

   *s/  Patrick J. Kanouff*
Patrick J. Kanouff
Joshua D. Franklin
**DAVIS & CERIANI PC**
1350 17th Street, Suite 400
Denver, Colorado 80202
Telephone: (303) 534-9000
Facsimile:  (303) 534-4618
Email: pkanouff@davisandceriani.com
Email: jfranklin@davisandceriani.com

*Attorneys for Defendant Massachusetts Mutual Life Insurance Company*

100 Pine Street
33rd Floor
San Francisco, CA 94111
Telephone: (415) 217-7300
Facsimile: (415) 217-7307
Email: asparer@sparerlaw.com
Email: mhaber@sparerlaw.com

*Lead Counsel in California Municipal Fund Litigation*

   *s/  Sherrie R. Savett*
Sherrie R. Savett
Glen L. Abramson
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia , PA 19103
Telephone: (215) 875-3038
Facsimile: (312) 875-4604
Email: ssavett@bm.net
Email: gabramson@bm.net

*Lead Counsel in Pennsylvania Municipal Fund Litigation*


   *s/  Daniel C. Girard*
Daniel C. Girard
Amanda M. Steiner
Christina C. Sharp
**GIRARD GIBBS LLP**

601 California Street, 14th Floor
San Francisco, CA 94108
(415) 981-4800 (telephone)
(415) 981-4846 (facsimile)
Email:  dcg@girardgibbs.com
Email:  ams@girardgibbs.com
Email:  chc@girardgibbs.com


*Additional Counsel for Lead Plaintiff Joseph Stockwell in the California Fund cases*

## **A C K N O W L E D G E M E N T**

The undersigned hereby acknowledges that he/she has read the PROTECTIVE ORDER which was entered by the Court on January ___, 2012, in *In re: Oppenheimer Rochester Funds Group Securities Litigation*, Master Docket No. 09-md-02063-JLK-KMT (MDL Docket No. 2063), that he/she is one of the persons contemplated in paragraph 3 thereof as authorized to receive disclosure of RECORDS designated CONFIDENTIAL MATERIAL by any of the parties or by third parties, and that he/she fully understand and agrees to abide by the obligations and conditions of the Protective Order.  The undersigned further consents to be subject to the jurisdiction of the United States District Court for the District of Colorado for purposes of any proceedings relating to performance under, compliance with or violation of the above-described Order.

_____

Dated: January ___, 2012