## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Master Docket No. 09-md-02063-JLK-KMT (MDL Docket No. 2063)

IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION

This document relates to all MDL actions.

---

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW
## AS LOCAL COUNSEL FOR
## PLAINTIFFS ROBERT RIVERA, LEONARD KLORFINE, JOSEPH STOCKWELL
## AND LEAD PLAINTIFF MOVANT THE RIVERA INVESTOR GROUP

This matter having come before the Court on the Motion of Jeffrey A. Chase and Barbara A. Grandjean of the firm of Husch Blackwell LLP to Withdraw as Local Counsel for Plaintiffs Robert Rivera, Leonard Klorfine, Joseph Stockwell and Lead Plaintiff Movant The Rivera Investor Group, the Court having reviewed the Motion, the file and being fully advised,

ORDERS that Jeffrey A. Chase and Barbara A. Grandjean of the firm of Husch Blackwell LLP are hereby withdrawn from representing Plaintiffs Robert Rivera, Leonard Klorfine, Joseph Stockwell and Lead Plaintiff Movant The Rivera Investor Group.  Lead Counsel Alan Sparer and Marc Haber of Sparer Law Group will continue as counsel for Plaintiffs Robert Rivera, Leonard Klorfine, Joseph Stockwell and Lead Plaintiff Movant The Rivera Investor Group in this matter.

The Clerk of Court shall terminate the association of Jeffrey A. Chase and Barbara A. Grandjean and the firm of Husch Blackwell LLP with Plaintiffs Robert Rivera, Leonard Klorfine, Joseph Stockwell and Lead Plaintiff Movant The Rivera Investor Group and electronic noticing for Mr. Chase and Ms. Grandjean shall be terminated.

DATED this 15th day of March 2012.

BY THE COURT:


_s/**John L. Kane**_____
John L. Kane, Senior Judge
United States District Court