**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Master Docket No. **09-md-02063-JLK-KMT** (MDL Docket No. 2063)

**IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION**

This document relates to:   *In re Rochester Fund Municipals*
09-CV-00703-JLK-KMT (Begley)
09-CV-01479-JLK-KMT (Bernstein)
09-CV-01481-JLK-KMT (Mershon)
09-CV-01622-JLK-KMT (Stern)
09-CV-01478-JLK-KMT (Vladimir)
09-CV-01480-JLK-KMT (Wiener)

**ORDER GRANTING MOTION TO WITHDRAW OF
STEPHANIE E. DUNN AND ROBERT N. MILLER**

The Court having reviewed the Motion to Withdraw of Stephanie E. Dunn and Robert N. Miller and being otherwise fully advised in the premises, hereby **GRANTS** the motion.

Stephanie E. Dunn and Robert N. Miller are hereby withdrawn from representation of Defendants OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc., Scott Cottier, Ronald H. Fielding, Daniel G. Loughran, John V. Murphy, Troy Willis, and Brian W. Wixted. They shall also be removed from the electronic service in the above action.

SO ORDERED this 21st day of March, 2012.

BY THE COURT:

**s/John L. Kane**
SENIOR U.S. DISTRICT JUDGE