**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Master Docket No. 09-md-02063-JLK-KMT (MDL Docket No. 2063)

**IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION**

This document relates to all the MDL actions.
_____

**UNOPPOSED MOTION OF GORDON W. NETZORG AND PETER G. KOCLANES
TO WITHDRAW AS COUNSEL FOR LEAD PLAINTIFF JOSEPH STOCKWELL AND
ADDITIONAL PLAINTIFF STEPHEN LOWE**
_____

Gordon W. Netzorg and Peter G. Koclanes of the law firm of Sherman & Howard L.L.C., pursuant to D.C.COLO.LCivR 83.3(D), hereby move this Court for an order permitting them to withdraw from representing Lead Plaintiff Joseph Stockwell and additional Plaintiff Stephen Lowe (together "Plaintiffs"). In support thereof, counsel state the following:

1.  Gordon W. Netzorg and Peter G. Koclanes of the law firm of Sherman & Howard L.L.C. represent Plaintiffs. Alan W. Sparer of the Sparer Law Group and Daniel C. Girard of Girard Gibbs LLP will continue to represent Plaintiffs in this action.

2.  Mr. Sparer and Mr. Girard will be responsible for representing Plaintiffs and complying with all court orders and time limitations on their behalf.

3.  Plaintiffs are fully and adequately represented by Mr. Sparer and Mr. Girard, and do not need representation by lawyers from an additional law firm. Accordingly, Gordon W. Netzorg and Peter G. Koclanes move to withdraw from representing Plaintiffs.

3.  Pursuant to D.C.COLO.L.CivR 83.3(D), the undersigned have served the Motion on all counsel of record and on Plaintiffs.

4.  No party will be prejudiced or otherwise affected by this change in representation.

## COMPLIANCE WITH D.C.COLO.LCivR 7.1

In compliance with D.C.COLO.LCivR 7.1, undersigned counsel conferred with counsel for the other parties in this case through Kip Shuman, Liaison Counsel for Plaintiffs, concerning the relief requested herein.  Mr. Shuman advises that no party opposes this motion.

WHEREFORE, the undersigned counsel respectfully request to withdraw from representing Plaintiffs Stephen Lowe and Joseph Stockwell.


DATED: April 6, 2012.

Respectfully submitted,


By:   s/ *Gordon W. Netzorg*
Gordon W. Netzorg
**SHERMAN & HOWARD L.L.C.**
633 Seventeenth Street, Suite 3000
Denver, CO 80202-3622
Tel: (303) 297-2900
Fax: (303) 298-0940
E-mail: gnetzorg@shermanhoward.com


By:   s/ *Peter G. Koclanes*
Peter G. Koclanes
**SHERMAN & HOWARD L.L.C.**
633 Seventeenth Street, Suite 3000
Denver, CO 80202-3622
Tel: (303) 297-2900
Fax: (303) 298-0940
E-mail: pkoclanes@shermanhoward.com

**Counsel for Lead Plaintiff Joseph Stockwell and Additional Plaintiff Stephen Lowe**

# CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2012, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Jeffrey S. Abraham**
  jabraham@aftlaw.com
- **Glen L. Abramson**
  gabramson@bm.net,gelliott@bm.net
- **Arthur H. Aufses , III**
  aaufses@kramerlevin.com
- **Jeffrey Allen Berens**
  jeff@dyerberens.com,jeffreyberens@comcast.net,darby@dyerberens.com
- **Francis A. Bottini , Jr**
  fbottini@cfsblaw.com,lcox@cfsblaw.com,sammirati@cfsblaw.com
- **Stephen D. Bunch**
  dbunch@cohenmilstein.com,efilings@cohenmilstein.com
- **Gary E. Cantor**
  gcantor@bm.net
- **Karen Jean Cody-Hopkins**
  karen@codyhopkinslaw.com
- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com
- **William K. Dodds**
  william.dodds@dechert.com,scott.kessenick@dechert.com,kate.okeeffe@dechert.com,luis.lopez@dechert.com
- **Robert J. Dyer , III**
  bob@dyerberens.com
- **Alan I. Ellman**
  aellman@labaton.com,electroniccasefiling@labaton.com
- **John Givens Emerson**
  jemerson@emersonpoynter.com,tanya@emersonpoynter.com
- **Joshua David Franklin**
  jfranklin@davisandceriani.com,lburch@davisandceriani.com
- **Jack G. Fruchter**
  jfruchter@aftlaw.com
- **William H. Garvin , III**
  wgarvin@garvinlawfirm.com
- **Paul J. Geller**
  pgeller@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Daniel Charles Girard**
  dcg@girardgibbs.com,akl@girardgibbs.com
- **Lionel Z. Glancy**
  lglancy@glancylaw.com,info@glancylaw.com
- **Gary S. Graifman**
  ggraifman@kgglaw.com,ccornfield@kgglaw.com
- **John K. Grant**
  johnkg@csgrr.com
- **Marc C. Haber**
  mhaber@sparerlaw.com
- **Patrick John Kanouff**
  pkanouff@davisandceriani.com,lburch@davisandceriani.com,gceriani@davisandceriani.com,jboom@davisandceriani.com,acillo@davisandceriani.com
- **Christopher J. Keller**
  ckeller@labaton.com,electroniccasefiling@labaton.com
- **Phillip C. Kim**
  pkim@rosenlegal.com
- **Lawrence L. Klayman**
  lklayman@nasd-law.com
- **Kristin A. Knudson**
  kristin@dyerberens.com
- **Peter George Koclanes**
  pkoclanes@shermanhoward.com,lcrisswell@shermanhoward.com,efiling@sah.com
- **Catherine J. Kowalewski**
  katek@csgrr.com,hdemag@csgrr.com
- **Jeffrey Robert Krinsk**
  jrk@classactionlaw.com,anv@classactionlaw.com
- **Matthew L. Larrabee**
  matthew.larrabee@dechert.com,michael.doluisio@dechert.com,reginald.zeigler@dechert.com,muriel.korol@dechert.com,david.burkhart@dechert.com
- **Nicole C. Lavallee**
  nlavallee@bermandevalerio.com,stuiasosopo@bermandevalerio.com,ysoboleva@bermandevalerio.com
- **Eric Lechtzin**
  elechtzin@bm.net
- **Jonathan Krasne Levine**
  jkl@girardgibbs.com,amv@girardgibbs.com
- **Lawrence D. Levit**
  llevit@aftlaw.com
- **Charles Walter Lilley**
  clilley@lilleylaw.com
- **Lino S. Lipinsky de Orlov**
  llipinsky@mckennalong.com,lfking@mckennalong.com

- **Howard T. Longman**
  Tsvi@aol.com,jasondag@ssbny.com
- **Edward Thomas Lyons , Jr**
  elyons@joneskeller.com,rmesch@joneskeller.com
- **Lisa M. Mezzetti**
  lmezzetti@cohenmilstein.com,efilings@cohenmilstein.com
- **James S. Nabwangu**
  jnabwangu@sparerlaw.com
- **Darren A. Natvig**
  dnatvig@irwin-boesen.com
- **Gordon W. Netzorg**
  gnetzorg@shermanhoward.com,cdias@shermanhoward.com,efiling@shermanhoward.com,tgonzales@shermanhoward.com
- **Christopher J. Orrico**
  corrico@milberg.com
- **Matthew D. Pearson**
  mpearson@bermandevalerio.com,ysoboleva@bermandevalerio.com
- **Charles J. Piven**
  piven@browerpiven.com
- **Charles Michael Plavi , II**
  cmp@classactionlaw.com,anv@classactionlaw.com
- **Scott E. Poynter**
  scott@emersonpoynter.com,tanya@emersonpoynter.com,swilson@emersonpoynter.com
- **Andrei V. Rado**
  arado@milberg.com,MAOffice@milberg.com
- **Roland W. Riggs , IV**
  rriggs@milberg.com
- **Darren J. Robbins**
  pilarc@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Samuel H. Rudman**
  srudman@csgrr.com,dgonzales@csgrr.com
- **Sherrie R. Savett**
  ssavett@bm.net,mgatter@bm.net
- **Peter E. Seidman**
  pseidman@milberg.com
- **Christina H.C. Sharp**
  chc@girardgibbs.com,as@girardgibbs.com,amv@girardgibbs.com,ale@girardgibbs.com
- **Aaron Michael Sheanin**
  amv@girardgibbs.com,ams@girardgibbs.com
- **Kip Brian Shuman**
  kip@shumanlawfirm.com,rusty@shumanlawfirm.com
- **Mark David Smilow**
  msmilow@weisslurie.com

- **Alan W. Sparer**
  asparer@sparerlaw.com,nblake@sparerlaw.com,dcorkran@sparerlaw.com,playzer@sparerlaw.com
- **Steven Shane Sparling**
  ssparling@kramerlevin.com
- **Olimpio Lee Squitieri**
  Lee@sfclasslaw.com,cathy@sfclasslaw.com
- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,stuiasosopo@bermandevalerio.com,ysoboleva@bermandevalerio.com
- **Steven J. Toll**
  stoll@cohenmilstein.com,efilings@cohenmilstein.com
- **Kirk Douglas Tresemer**
  ktresemer@coloradolawyers.com
- **David C. Walton**
  davew@csgrr.com,hdemag@csgrr.com
- **Joseph H. Weiss**
  jweiss@weisslurie.com,infony@weisslurie.com
- **Douglas S. Wilens**
  dwilens@rgrdlaw.com,e_file_fl@rgrdlaw.com
- **Shawn A. Williams**
  shawnw@csgrr.co

I also served a true and correct copy of the foregoing on Lead Plaintiff Joseph Stockwell and additional Plaintiff Stephen Lowe, through their counsel.

s/ *Lisa Crisswell*
Lisa Crisswell, Legal Secretary