**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Master Docket No. 09-md-02063-JLK-KMT (MDL Docket No. 2063)

**IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION**

This document relates to all the MDL actions.
_____

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW
OF GORDON W. NETZORG AND PETER G. KOCLANES
AS COUNSEL FOR LEAD PLAINTIFFJOSEPH STOCKWELL AND ADDITIONAL
PLAINTIFF STEPHEN LOWE**
_____

This matter is before the Court on the Motion (doc. #365) of Gordon W. Netzorg and Peter G. Koclanes of the firm of Sherman & Howard L.L.C. to Withdraw as Counsel for Lead Plaintiff Joseph Stockwell and additional Plaintiff Stephen Lowe. The motion is GRANTED. It is

ORDERED that Gordon W. Netzorg and Peter G. Koclanes of the firm of Sherman & Howard L.L.C. are hereby withdrawn from representing Lead Plaintiff Joseph Stockwell and additional Plaintiff Stephen Lowe in this matter.

The Clerk of the Court shall terminate the association of Gordon W. Netzorg and Peter G. Koclanes and the firm of Sherman & Howard L.L.C. with Lead Plaintiff Joseph Stockwell and additional Plaintiff Stephen Lowe, and electronic noticing shall be terminated.

DATED this 6th day of April 2012.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court