**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Master Docket No. **09-md-02063-JLK-KMT** (MDL Docket No. 2063)

**IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION**

This document relates to all the MDL actions.

---

**SUBSTITUTION OF COUNSEL**

---

PLEASE TAKE NOTICE that Defendant Massachusetts Mutual Life Insurance Company ("MassMutual") hereby substitutes Dechert LLP as its attorneys of record in this action in place of Davis & Ceriani, P.C., 1350 17th Street, Suite 400, Denver, Colorado 80202.

All pleadings, orders and notices should henceforth be served upon Matthew Larrabee at Dechert LLP, One Maritime Plaza, Suite 2300, San Francisco, California, 94111, and Michael Doluisio at Dechert LLP, 2929 Arch Street, Philadelphia, Pennsylvania, 19104.

Dated April_24, 2012                    DECHERT LLP

*s/*
Matthew L. Larrabee
Dechert LLP
One Maritime Plaza, Suite 2300
San Francisco, CA 94111
Tel:  (415) 262-4500
Fax:  (415) 262-4555
E-mail:  matthew.larrabee@dechert.com

Michael S. Doluisio
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-2325
Fax: (215) 994-2222
E-mail: michael.doluisio@dechert.com

Attorneys for Defendants MassMutual, Oppenheimer Funds, Inc., Oppenheimer Funds Distributor, Inc., Scott Cottier, Ronald H. Fielding, Daniel G. Loughran, John V. Murphy, Troy Willis, and Brian Wixted

I consent to the above substitution of counsel.

Dated: April 24, 2012                    DAVIS & CERIANI

*s/*
Patrick Kanouff
1350 17th Street, Suite 400
Denver, Colorado 80202
Tel: (303) 534-9000
E-mail: pkanouff@davisandceriani.com

Attorneys for Defendant MassMutual

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of April, 2012, I filed a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**Jeffrey S. Abraham**
jabraham@aftlaw.com
**Glen L. Abramson**
gabramson@bm.net,gelliott@bm.net
**Arthur H. Aufses , III**
aaufses@kramerlevin.com
**Jeffrey Allen Berens**
jeff@dyerberens.com,jeffreyberens@comcast.net,darby@dyerberens.com
**Francis A. Bottini , Jr**
fbottini@cfsblaw.com,lcox@cfsblaw.com,aringer@cfsblaw.com,sammirati@cfsblaw.com
**Stephen D. Bunch**
dbunch@cohenmilstein.com,efilings@cohenmilstein.com
**Gary E. Cantor**
gcantor@bm.net
**Jeffrey A. Chase**
jeffrey.chase@huschblackwell.com,vicky.sanders@huschblackwell.com
**Karen Jean Cody-Hopkins**
karen@codyhopkinslaw.com
**Patrick V. Dahlstrom**
pdahlstrom@pomlaw.com
**William K. Dodds**
william.dodds@dechert.com,scott.kessenick@dechert.com,kate.okeeffe@dechert.com,luis.lopez@dechert.com
**Stephanie Erin Dunn**
sdunn@perkinscoie.com,sdunn-efile@perkinscoie.com
**Robert J. Dyer , III**
bob@dyerberens.com
**Alan I. Ellman**
aellman@labaton.com,electroniccasefiling@labaton.com
**John Givens Emerson**
jemerson@emersonpoynter.com,tanya@emersonpoynter.com
**Jack G. Fruchter**
jfruchter@aftlaw.com
**William H. Garvin , III**
wgarvin@garvinlawfirm.com
**Paul J. Geller**
pgeller@rgrdlaw.com,e_file_fl@rgrdlaw.com
**Daniel Charles Girard**
dcg@girardgibbs.com,akl@girardgibbs.com
**Lionel Z. Glancy**
lglancy@glancylaw.com,info@glancylaw.com

3

**Gary S. Graifman**
ggraifman@kgglaw.com,ccornfield@kgglaw.com
**Barbara Ann Grandjean**
barbara.grandjean@huschblackwell.com,mischelle.mayer@huschblackwell.com
**John K. Grant**
johnkg@csgrr.com
**Marc C. Haber**
mhaber@sparerlaw.com
**Patrick John Kanouff**
pkanouff@davisandceriani.com,lburch@davisandceriani.com,gceriani@davisandceriani.com,jboom@davisandceriani.com,acillo@davisandceriani.com
**Christopher J. Keller**
ckeller@labaton.com,electroniccasefiling@labaton.com
**Phillip C. Kim**
pkim@rosenlegal.com
**Lawrence L. Klayman**
lklayman@nasd-law.com
**Kristin A. Knudson**
kristin@dyerberens.com
**Peter George Koclanes**
pkoclanes@shermanhoward.com,lcrisswell@shermanhoward.com,efiling@sah.com
**Catherine J. Kowalewski**
katek@csgrr.com,hdemag@csgrr.com
**Jeffrey Robert Krinsk**
jrk@classactionlaw.com,anv@classactionlaw.com
**Matthew L. Larrabee**
matthew.larrabee@dechert.com,michael.doluisio@dechert.com,reginald.zeigler@dechert.com,muriel.korol@dechert.com,david.burkhart@dechert.com
**Nicole C. Lavallee**
nlavallee@bermandevalerio.com,stuiasosopo@bermandevalerio.com,ysoboleva@bermandevalerio.com
**Eric Lechtzin**
elechtzin@bm.net
**Jonathan Krasne Levine**
jkl@girardgibbs.com,amv@girardgibbs.com
**Lawrence D. Levit**
llevit@aftlaw.com
**Kevin Harvey Lewis**
klewis@sparerlaw.com
**Yehudis S. Lewis**
ylewis@kramerlevin.com
**Charles Walter Lilley**
clilley@lilleylaw.com
**Howard T. Longman**
Tsvi@aol.com,jasondag@ssbny.com

**Edward Thomas Lyons , Jr**
elyons@joneskeller.com,rmesch@joneskeller.com
**Lisa M. Mezzetti**
lmezzetti@cohenmilstein.com,efilings@cohenmilstein.com
**Robert Nolen Miller**
rmiller@perkinscoie.com,rmiller-efile@perkinscoie.com
**James S. Nabwangu**
jnabwangu@sparerlaw.com
**Darren A. Natvig**
dnatvig@irwin-boesen.com
**Gordon W. Netzorg**
gnetzorg@shermanhoward.com,cdias@shermanhoward.com,efiling@shermanhoward.com,tgonzales@shermanhoward.com
**Matthew D. Pearson**
mpearson@bermandevalerio.com,ysoboleva@bermandevalerio.com
**Charles J. Piven**
piven@browerpiven.com
**Charles Michael Plavi , II**
cmp@classactionlaw.com,anv@classactionlaw.com
**Scott E. Poynter**
scott@emersonpoynter.com,tanya@emersonpoynter.com,swilson@emersonpoynter.com
**Andrei V. Rado**
arado@milberg.com,MAOffice@milberg.com
**Roland W. Riggs , IV**
rriggs@milberg.com
**Darren J. Robbins**
pilarc@rgrdlaw.com,e_file_sd@rgrdlaw.com
**Samuel H. Rudman**
srudman@csgrr.com,dgonzales@csgrr.com
**Sherrie R. Savett**
ssavett@bm.net,mgatter@bm.net
**Peter E. Seidman**
pseidman@milberg.com
**Christina H.C. Sharp**
chc@girardgibbs.com,as@girardgibbs.com,amv@girardgibbs.com,ale@girardgibbs.com
**Aaron Michael Sheanin**
amv@girardgibbs.com,ams@girardgibbs.com
**Kip Brian Shuman**
kip@shumanlawfirm.com,rusty@shumanlawfirm.com
**Mark David Smilow**
msmilow@weisslurie.com
**Alan W. Sparer**
asparer@sparerlaw.com,nblake@sparerlaw.com,dcorkran@sparerlaw.com,playzer@sparerlaw.com
**Olimpio Lee Squitieri**
Lee@sfclasslaw.com,cathy@sfclasslaw.com

5

**Joseph J. Tabacco , Jr**
jtabacco@bermandevalerio.com,stuiasosopo@bermandevalerio.com,ysoboleva@bermandevalerio.com
**Steven J. Toll**
stoll@cohenmilstein.com,efilings@cohenmilstein.com
**Kirk Douglas Tresemer**
ktresemer@coloradolawyers.com
**Anne Marie Vu**
avu@milberg.com,MAOffice@milberg.com
**David C. Walton**
davew@csgrr.com,hdemag@csgrr.com
**Joseph H. Weiss**
jweiss@weisslurie.com,infony@weisslurie.com
**Douglas S. Wilens**
dwilens@rgrdlaw.com,e_file_fl@rgrdlaw.com
**Shawn A. Williams**
shawnw@csgrr.com

DECHERT LLP

*s/*
Matthew L. Larrabee
Dechert LLP
One Maritime Plaza, Suite 2300
San Francisco, CA 94111
Tel:  (415) 262-4500
Fax:  (415) 262-4555
E-mail:  matthew.larrabee@dechert.com

Michael S. Doluisio
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel:  (215) 994-2325
Fax:  (215) 994-2222
E-mail:  michael.doluisio@dechert.com

Attorneys for Defendants MassMutual,
OppenheimerFunds, Inc.,
OppenheimerFunds Distributor, Inc.,
Scott Cottier, Ronald H. Fielding,
Daniel G. Loughran, John V. Murphy,
Troy Willis, and Brian W. Wixted