**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date: May 9, 2012                    Courtroom Deputy Clerk: Bernique Abiakam
                                     Court Reporter: Terri Lindblom

Master Docket No.: 09-md-02063-JLK-KMT

IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION

Counsel for Plaintiffs
    Kip B. Shuman
    Alan W. Sparer
    Stephen D. Bunch
    Rusty Glenn

Counsel for Defendants
    Matthew L. Larrabee

Counsel for Interested Parties
    Peter E. Seidman
    Lisa M. Mezzetti

**COURTROOM MINUTES**

**Motion Hearing**

**3:39 p.m.     Court in session.**

Court calls case. Counsel present. Peter E. Peidman and Lisa M. Mezzetti appear via telephone.

Preliminary remarks by the Court.

Discussion regarding Doc. No. 367.

3:40 p.m.     Argument by Mr. Larrabee.

3:57 p.m.     Argument by Mr. Bunch.

4:07 p.m.     Rebuttal Argument by Mr. Larrabee.

*09-md-02063-JLK*
*Motion Hearing*
*May 9, 2012*

**ORDERED:** **The Oppenheimer Defendants' Motion To Compel Discovery (Filed 4/23/12; Doc. No. 367) is DENIED in PART, and GRANTED in PART, as specified.**

Statement by counsel.

**4:13 p.m.     Court in recess.**
Hearing concluded.
Time in court - 00:34