IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Master Docket No. **09-md-02063-JLK-KMT** (MDL Docket No. 2063)

**IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION**

This document relates to:  *In re AMT-Free Municipals Fund*
09-CV-01243-JLK-KMT (Prince)
09-CV-01447-JLK-KMT (Connel)
09-CV-01510-JLK-KMT (Amato)
09-CV-01619-JLK-KMT (Furman)

*In re AMT-Free New York Municipal Fund*
09-CV-1621-JLK-KMT (Isaac)
09-CV-1781-JLK-KMT (Kurz)

*In re Rochester Fund Municipals*
09-CV-00703-JLK-KMT (Begley)
09-CV-01479-JLK-KMT (Bernstein)
09-CV-01481-JLK-KMT (Mershon)
09-CV-01622-JLK-KMT (Stern)
09-CV-01478-JLK-KMT (Vladimir)
09-CV-01480-JLK-KMT (Wiener)

---

**THE FUNDS/INDEPENDENT TRUSTEE DEFENDANTS' MOTION FOR PARTIAL
SUMMARY JUDGMENT ON THE "CAPITAL PRESERVATION" INVESTMENT
OBJECTIVE CLAIMS OF PLAINTIFFS KLORFINE, VAZQUEZ, AND KROSSER**

---

Defendants John Cannon, Paul Y. Clinton, Thomas W. Courtney, David K. Downes, Matthew P. Fink, Robert G. Galli, Phillip A. Griffiths, Lacy B. Herrmann, Mary F. Miller, Joel W. Motley, Kenneth A. Randall, Russell S. Reynolds, Jr., Joseph M. Wikler, Peter I. Wold, Brian F. Wruble, and Clayton K. Yeutter (collectively, the "Independent Trustee Defendants") and Oppenheimer AMT-Free Municipals, Oppenheimer AMT-Free New York Municipals, and Rochester Fund Municipals (the "Funds" and, collectively with the Independent Trustee Defendants, the "Funds/Independent Trustees"), respectfully submit this Motion for Partial Summary Judgment on the "Capital Preservation" Investment Objective Claims of Plaintiffs Klorfine, Vazquez, and Krosser.

The Fund/Independent Trustees join in and adopt all of the arguments set forth in the Motion for Partial Summary Judgment on the "Capital Preservation" Investment Objective Claims of Plaintiffs Klorfine, Vazquez, and Krosser, filed on September 14, 2012 on behalf of OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc., Scott Cottier, Ronald H. Fielding, Daniel G. Loughran, John V. Murphy, Troy E. Willis, Brian W. Wixted, and MassMutual Life Insurance Co ("OFI Summary Judgment Memorandum") [Dkt. No. 396]. For all of the reasons set forth in the OFI Summary Judgment Memorandum, partial summary judgment should be granted with respect to the claims of Plaintiffs Klorfine, Vazquez, and Krosser based upon the respective Funds' investment objective.

Dated this 20th day of September, 2012.

Respectfully submitted,

/s/Arthur H. Aufses III
Arthur H. Aufses III
Steven S. Sparling
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
aaufses@kramerlevin.com

- and -

Edward T. Lyons, Jr.
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
(303) 573-1600
elyons@joneskeller.com

Attorneys for Defendants John Cannon,
Thomas W. Courtney, David K. Downes,
Matthew P. Fink, Robert G. Galli, Phillip A.
Griffiths, Lacy B. Herrmann, Mary F.
Miller, Joel W. Motley, Kenneth A. Randall,
Russell S. Reynolds, Jr., Joseph M. Wikler,
Peter I. Wold, Brian F. Wruble, and Clayton
K. Yeutter, Oppenheimer AMT-Free
Municipals, Oppenheimer AMT-Free New
York Municipals, and Rochester Fund
Municipals

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2012, I filed a true and correct copy of the foregoing **Fund/Independent Trustee Defendants' Motion for Partial Summary Judgment on the "Capital Preservation" Investment Objective Claims of Plaintiffs Klorfine, Vazquez, and Krosser** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**Jeffrey S. Abraham**
jabraham@aftlaw.com
**Glen L. Abramson**
gabramson@bm.net,gelliott@bm.net
**Arthur H. Aufses , III**
aaufses@kramerlevin.com
**Jeffrey Allen Berens**
jeff@dyerberens.com,jeffreyberens@comcast.net,darby@dyerberens.com
**Francis A. Bottini , Jr**
fbottini@cfsblaw.com,lcox@cfsblaw.com,aringer@cfsblaw.com,sammirati@cfsblaw.com
**Stephen D. Bunch**
dbunch@cohenmilstein.com,efilings@cohenmilstein.com
**Gary E. Cantor**
gcantor@bm.net
**Karen Jean Cody-Hopkins**
karen@codyhopkinslaw.com
**Patrick V. Dahlstrom**
pdahlstrom@pomlaw.com
**William K. Dodds**
william.dodds@dechert.com,scott.kessenick@dechert.com,kate.okeeffe@dechert.com,luis.lopez@dechert.com
**Robert J. Dyer , III**
bob@dyerberens.com
**Alan I. Ellman**
aellman@labaton.com,electroniccasefiling@labaton.com
**John Givens Emerson**
jemerson@emersonpoynter.com,tanya@emersonpoynter.com
**Joshua David Franklin**
jfranklin@davisandceriani.com,lburch@davisandceriani.com
**Jack G. Fruchter**
jfruchter@aftlaw.com
**William H. Garvin , III**
wgarvin@garvinlawfirm.com
**Paul J. Geller**
pgeller@rgrdlaw.com,e_file_fl@rgrdlaw.com
**Daniel Charles Girard**
dcg@girardgibbs.com,akl@girardgibbs.com
**Lionel Z. Glancy**
lglancy@glancylaw.com,info@glancylaw.com

**Gary S. Graifman**
ggraifman@kgglaw.com,ccornfield@kgglaw.com
**John K. Grant**
johnkg@csgrr.com
**Marc C. Haber**
mhaber@sparerlaw.com
**Christopher J. Keller**
ckeller@labaton.com,electroniccasefiling@labaton.com
**Phillip C. Kim**
pkim@rosenlegal.com
**Lawrence L. Klayman**
lklayman@nasd-law.com
**Kristin A. Knudson**
kristin@dyerberens.com
**Catherine J. Kowalewski**
katek@csgrr.com,hdemag@csgrr.com
**Jeffrey Robert Krinsk**
jrk@classactionlaw.com,anv@classactionlaw.com
**Matthew L. Larrabee**
matthew.larrabee@dechert.com,michael.doluisio@dechert.com,reginald.zeigler@dechert.com,joshua.hess@dechert.com,david.burkhart@dechert.com
**Nicole C. Lavallee**
nlavallee@bermandevalerio.com,stuiasosopo@bermandevalerio.com,ysoboleva@bermandevalerio.com
**Eric Lechtzin**
elechtzin@bm.net
**Jonathan Krasne Levine**
jkl@girardgibbs.com,amv@girardgibbs.com
**Lawrence D. Levit**
llevit@aftlaw.com
**Charles Walter Lilley**
clilley@lilleylaw.com
**Lino S. Lipinsky de Orlov**
llipinsky@mckennalong.com,lfking@mckennalong.com
**Howard T. Longman**
Tsvi@aol.com,jasondag@ssbny.com
**Edward Thomas Lyons , Jr**
elyons@joneskeller.com,rmesch@joneskeller.com
**Lisa M. Mezzetti**
lmezzetti@cohenmilstein.com,efilings@cohenmilstein.com
**Robert Nolen Miller**
rmiller@perkinscoie.com,rmiller-efile@perkinscoie.com
**James S. Nabwangu**
jnabwangu@sparerlaw.com
**Darren A. Natvig**
dnatvig@irwin-boesen.com

**Christopher J. Orrico**
corrico@milberg.com
**Matthew D. Pearson**
mpearson@bermandevalerio.com,ysoboleva@bermandevalerio.com
**Charles J. Piven**
piven@browerpiven.com
**Charles Michael Plavi , II**
cmp@classactionlaw.com,anv@classactionlaw.com
**Scott E. Poynter**
scott@emersonpoynter.com,tanya@emersonpoynter.com,swilson@emersonpoynter.com
**Andrei V. Rado**
arado@milberg.com,MAOffice@milberg.com
**Roland W. Riggs , IV**
rriggs@milberg.com
**Darren J. Robbins**
pilarc@rgrdlaw.com,e_file_sd@rgrdlaw.com
**Samuel H. Rudman**
srudman@csgrr.com,dgonzales@csgrr.com
**Sherrie R. Savett**
ssavett@bm.net,mgatter@bm.net
**Peter E. Seidman**
pseidman@milberg.com
**Christina H.C. Sharp**
chc@girardgibbs.com,as@girardgibbs.com,amv@girardgibbs.com,ale@girardgibbs.com
**Aaron Michael Sheanin**
amv@girardgibbs.com,ams@girardgibbs.com
**Kip Brian Shuman**
kip@shumanlawfirm.com,rusty@shumanlawfirm.com
**Mark David Smilow**
msmilow@weisslurie.com
**Alan W. Sparer**
asparer@sparerlaw.com,nblake@sparerlaw.com,dcorkran@sparerlaw.com,playzer@sparerlaw.com
**Steven Shane Sparling**
ssparling@kramerlevin.com
**Olimpio Lee Squitieri**
Lee@sfclasslaw.com,cathy@sfclasslaw.com
**Joseph J. Tabacco , Jr**
jtabacco@bermandevalerio.com,stuiasosopo@bermandevalerio.com,ysoboleva@bermandevalerio.com
**Steven J. Toll**
stoll@cohenmilstein.com,efilings@cohenmilstein.com
**Kirk Douglas Tresemer**
ktresemer@coloradolawyers.com
**David C. Walton**
davew@csgrr.com,hdemag@csgrr.com

**Joseph H. Weiss**
jweiss@weisslurie.com,infony@weisslurie.com
**Douglas S. Wilens**
dwilens@rgrdlaw.com,e_file_fl@rgrdlaw.com
**Shawn A. Williams**
shawnw@csgrr.com

/s/Arthur H. Aufses III
Arthur H. Aufses III
Steven S. Sparling
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
aaufses@kramerlevin.com

Attorneys for Defendants John Cannon,
Thomas W. Courtney, David K. Downes,
Matthew P. Fink, Robert G. Galli, Phillip A.
Griffiths, Lacy B. Herrmann, Mary F.
Miller, Joel W. Motley, Kenneth A. Randall,
Russell S. Reynolds, Jr., Joseph M. Wikler,
Peter I. Wold, Brian F. Wruble, and Clayton
K. Yeutter, Oppenheimer AMT-Free
Municipals, Oppenheimer AMT-Free New
York Municipals, and Rochester Fund
Municipals