## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Master Docket No. 09-md-02063-JLK-KMT (MDL Docket No. 2063)

**IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION**

This document relates to all the MDL actions.

---

**LEAD PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO UNOPPOSED MOTION FOR EXTENSION OF TIME**

---

Lead Plaintiffs respectfully request that the Court consider the following when assessing Defendants' Response to Lead Plaintiffs' Unopposed Motion for Extension of Time ("Defendants' Response") [Dkt. No. 401].

Defendants' Response seeks leave to file surreplies responding to briefs that Defendants have not even seen yet and that will not be filed until October 26, 2012. Lead Plaintiffs oppose Defendants' request as speculative, premature and procedurally improper. As an initial matter, the filing of surreplies is not contemplated under D.C.Colo.LCivR. 7.1(C). Defendants' speculation about the substance of Lead Plaintiffs' replies does not constitute good cause to depart from this rule, and Defendants' purported basis for requiring surreplies is simply wrong. By pointing to Defendants' voluminous filings in opposition to class certification – more than 140 pages of briefing and nearly 1,400 pages of exhibits – Lead Plaintiffs are not "scrambling" or "effectively conced[ing]" anything. As Lead Plaintiffs explained in the Unopposed Motion for Extension of Time, they believe that a modest extension (which the Court has now granted) will facilitate coordination and a streamlined response to Defendants' arguments, and will also provide sufficient time to respond to Defendants' two partial summary judgment motions.

Lead Plaintiffs will file their replies according to the schedule ordered by the Court. If, after they review Lead Plaintiffs' filing, Defendants still believe that surreplies are necessary, they may seek appropriate relief by attempting to show good cause at that time. At that point the briefing will be complete and the Court

will also be in a better position to decide whether surreplies will assist the Court in its decisions on class certification.

The Court should also reject Defendants' Response because it violates D.C.Colo.LCivR. 7.1(C). Under that Rule, a "motion shall not be included in a response or reply to the original motion." Although styled as a response, Defendants' Response contains a motion for leave to file surreplies to Lead Plaintiffs' Motion for Class Certification, and is thus procedurally improper.

For these reasons, Lead Plaintiffs oppose Defendants' premature request for leave to file surreplies in response to the briefs Defendants assume Lead Plaintiffs will file.

| | |
|---|---|
| Dated:     September 30, 2012 | *s/ Kip B. Shuman*<br>Kip B. Shuman<br>Rusty E. Glenn<br>**THE SHUMAN LAW FIRM**<br>885 Arapahoe Avenue<br>Boulder, CO 80302<br>Telephone:  (303) 861-3003<br>Fax:  (303) 484-4886<br>kip@shumanlawfirm.com<br>rusty@shumanlawfirm.com<br><br>*Liaison Counsel* |
| Steven J. Toll<br>Lisa M. Mezzetti<br>Daniel S. Sommers<br>S. Douglas Bunch<br>Stefanie M. Ramirez<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>1100 New York Avenue, NW<br>Suite 500 West Tower<br>Washington, D.C.  20005<br>Telephone:  (202) 408-4600<br>Fax:  (202) 408-4699 | Sanford P. Dumain<br>Peter E. Seidman<br>Roland W. Riggs<br>Christopher J. Orrico<br>**MILBERG LLP**<br>One Pennsylvania Plaza<br>49th Floor<br>New York, NY 10119<br>Telephone: (212) 594-5300<br>Fax: (212) 868-1229<br><br>*Attorneys for Lead Plaintiff John Vazquez in the AMT-Free New York Fund cases,* |

*Attorneys for Lead Plaintiff Leonard Klorfine in the AMT-Free Fund cases, Lead Plaintiffs Stuart and Carole Krosser in the Rochester Fund cases, and Lead Counsel for the Class*

Sherrie R. Savett
Gary E. Cantor
Glen L. Abramson
Eric Lechtzin
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Fax: (215) 875-4604

*Attorneys for Lead Plaintiff Dharamvir Bhanot in the Pennsylvania Fund cases and Lead Counsel for the Class*


**BROWER PIVEN**
   A Professional Corporation
Charles J. Piven
1925 Old Valley Road
Stevenson, Maryland 21153
Telephone: (410) 332-0030
Fax: (410) 685-1300

David A.P. Brower
488 Madison Avenue, 8th Floor
New York, NY  10022
Telephone: (212) 501-9000
Fax: (212) 501-0300

*Additional Counsel for Lead Plaintiff John Vazquez in the AMT-Free New York Fund cases and Lead Plaintiff Dharamvir Bhanot in the Pennsylvania Fund cases*

*Lead Plaintiff Victor Sasson in the New Jersey Fund cases, Lead Plaintiff Peter Unanue in the Rochester National Fund cases, and Lead Counsel for the Class*

Alan W. Sparer
Marc Haber
James S. Nabwangu
**SPARER LAW GROUP**
100 Pine Street, 33rd Floor
San Francisco, CA 94111
Telephone: (415) 217-7300
Fax: (415) 217-7307

*Attorneys for Lead Plaintiff Joseph Stockwell in the California Fund cases and Lead Counsel for the Class*


Daniel C. Girard
Amanda M. Steiner
Dena C. Sharp
Lesley A. Vittetoe
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA  94108
Telephone: (415) 981-4800
Fax: (415) 981-4846

*Additional Counsel for Lead Plaintiff Joseph Stockwell in the California Fund cases*

4

**Certificate of Service**

I hereby certify that the foregoing was filed with this Court on September 30, 2012 through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

                                                    *s/ Rusty E. Glenn*
                                                    Rusty E. Glenn