**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Master Docket No. **09-md-02063-JLK-KMT** (MDL Docket No. 2063)

**IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION**

This document relates to:   *In re AMT-Free Municipals*
              09-CV-01243-JLK-KMT (Prince)
              09-CV-01447-JLK-KMT (Connel)
              09-CV-01510-JLK-KMT (Amato)
              09-CV-01619-JLK-KMT (Furman)

              *In re AMT-Free New York Municipals*
              09-CV-1621-JLK-KMT (Isaac)
              09-CV-1781-JLK-KMT (Kurz)

              *In re Rochester Fund Municipals*
              09-CV-00703-JLK-KMT (Begley)
              09-CV-01479-JLK-KMT (Bernstein)
              09-CV-01481-JLK-KMT (Mershon)
              09-CV-01622-JLK-KMT (Stern)
              09-CV-01478-JLK-KMT (Vladimir)
              09-CV-01480-JLK-KMT (Wiener)

---

**THE FUNDS/INDEPENDENT TRUSTEE DEFENDANTS' REPLY IN SUPPORT OF
THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE "CAPITAL
PRESERVATION" INVESTMENT OBJECTIVE CLAIMS OF PLAINTIFFS
KLORFINE, VAZQUEZ, AND KROSSER**

---

Defendants John Cannon, Paul Y. Clinton, Thomas W. Courtney, David K. Downes, Matthew P. Fink, Robert G. Galli, Phillip A. Griffiths, Lacy B. Herrmann, Mary F. Miller, Joel W. Motley, Kenneth A. Randall, Russell S. Reynolds, Jr., Joseph M. Wikler, Peter I. Wold, Brian F. Wruble, and Clayton K. Yeutter (collectively, the "Independent Trustee Defendants") and Oppenheimer AMT-Free Municipals, Oppenheimer AMT-Free New York Municipals, and

Rochester Fund Municipals (the "Funds" and, collectively with the Independent Trustee Defendants, the "Funds/Independent Trustees"), respectfully submit this Reply in Support of Their Motion for Partial Summary Judgment on the "Capital Preservation" Claims of Plaintiffs Klorfine, Vazquez, and Krosser.

The Funds/Independent Trustees join in and adopt all of the arguments set forth in the Oppenheimer Defendants' Reply in Support of Their Motion for Partial Summary Judgment on the "Capital Preservation" Claims of Plaintiffs Klorfine, Vazquez, and Krosser ("OFI Summary Judgment Reply"), filed on December 7, 2012 on behalf of OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc., Scott Cottier, Ronald H. Fielding, Daniel G. Loughran, John V. Murphy, Troy E. Willis, Brian W. Wixted, and MassMutual Life Insurance Co. (collectively, the "Oppenheimer Defendants"). For all of the reasons set forth in the OFI Summary Judgment Reply, the Funds/Independent Trustees respectfully submit that the Court should grant the relief sought by the Oppenheimer Defendants.

Dated this 7th day of December, 2012.

                                      Respectfully submitted,

                                      /s/Arthur H. Aufses III
                                      Arthur H. Aufses III
                                      Steven S. Sparling
                                      Kramer Levin Naftalis & Frankel LLP
                                      1177 Avenue of the Americas
                                      New York, NY 10036
                                      (212) 715-9100
                                      aaufses@kramerlevin.com

                                      - and -

                                      Edward T. Lyons, Jr.
                                      Jones & Keller, P.C.
                                      1999 Broadway, Suite 3150
                                      Denver, CO 80202
                                      (303) 573-1600

elyons@joneskeller.com

Attorneys for Defendants John Cannon, Thomas W. Courtney, David K. Downes, Matthew P. Fink, Robert G. Galli, Phillip A. Griffiths, Lacy B. Herrmann, Mary F. Miller, Joel W. Motley, Kenneth A. Randall, Russell S. Reynolds, Jr., Joseph M. Wikler, Peter I. Wold, Brian F. Wruble, and Clayton K. Yeutter, Oppenheimer AMT-Free Municipals, Oppenheimer AMT-Free New York Municipals, and Rochester Fund Municipals

## CERTIFICATE OF SERVICE

       I hereby certify that on this 7th day of December, 2012, I filed a true and correct copy of the foregoing **Funds/Independent Trustee Defendants' Reply in Support of Motion for Partial Summary Judgment on the "Capital Preservation" Claims** the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**Jeffrey S. Abraham**
jabraham@aftlaw.com
**Glen L. Abramson**
gabramson@bm.net,gelliott@bm.net
**Arthur H. Aufses , III**
aaufses@kramerlevin.com
**Jeffrey Allen Berens**
jeff@dyerberens.com,jeffreyberens@comcast.net,darby@dyerberens.com
**Francis A. Bottini , Jr**
fbottini@cfsblaw.com,lcox@cfsblaw.com,aringer@cfsblaw.com,sammirati@cfsblaw.com
**Stephen D. Bunch**
dbunch@cohenmilstein.com,efilings@cohenmilstein.com
**Gary E. Cantor**
gcantor@bm.net
**Karen Jean Cody-Hopkins**
karen@codyhopkinslaw.com
**Patrick V. Dahlstrom**
pdahlstrom@pomlaw.com
**William K. Dodds**
william.dodds@dechert.com,scott.kessenick@dechert.com,kate.okeeffe@dechert.com,luis.lopez@dechert.com
**Robert J. Dyer , III**
bob@dyerberens.com
**Alan I. Ellman**
aellman@labaton.com,electroniccasefiling@labaton.com
**John Givens Emerson**
jemerson@emersonpoynter.com,tanya@emersonpoynter.com
**Joshua David Franklin**
jfranklin@davisandceriani.com,lburch@davisandceriani.com
**Jack G. Fruchter**
jfruchter@aftlaw.com
**William H. Garvin , III**
wgarvin@garvinlawfirm.com
**Paul J. Geller**
pgeller@rgrdlaw.com,e_file_fl@rgrdlaw.com
**Daniel Charles Girard**
dcg@girardgibbs.com,akl@girardgibbs.com
**Lionel Z. Glancy**
lglancy@glancylaw.com,info@glancylaw.com

4

**Gary S. Graifman**
ggraifman@kgglaw.com,ccornfield@kgglaw.com
**John K. Grant**
johnkg@csgrr.com
**Marc C. Haber**
mhaber@sparerlaw.com
**Christopher J. Keller**
ckeller@labaton.com,electroniccasefiling@labaton.com
**Phillip C. Kim**
pkim@rosenlegal.com
**Lawrence L. Klayman**
lklayman@nasd-law.com
**Kristin A. Knudson**
kristin@dyerberens.com
**Catherine J. Kowalewski**
katek@csgrr.com,hdemag@csgrr.com
**Jeffrey Robert Krinsk**
jrk@classactionlaw.com,anv@classactionlaw.com
**Matthew L. Larrabee**
matthew.larrabee@dechert.com,michael.doluisio@dechert.com,reginald.zeigler@dechert.com,joshua.hess@dechert.com,david.burkhart@dechert.com
**Nicole C. Lavallee**
nlavallee@bermandevalerio.com,stuiasosopo@bermandevalerio.com,ysoboleva@bermandevalerio.com
**Eric Lechtzin**
elechtzin@bm.net
**Jonathan Krasne Levine**
jkl@girardgibbs.com,amv@girardgibbs.com
**Lawrence D. Levit**
llevit@aftlaw.com
**Charles Walter Lilley**
clilley@lilleylaw.com
**Lino S. Lipinsky de Orlov**
llipinsky@mckennalong.com,lfking@mckennalong.com
**Howard T. Longman**
Tsvi@aol.com,jasondag@ssbny.com
**Edward Thomas Lyons , Jr**
elyons@joneskeller.com,rmesch@joneskeller.com
**Lisa M. Mezzetti**
lmezzetti@cohenmilstein.com,efilings@cohenmilstein.com
**Robert Nolen Miller**
rmiller@perkinscoie.com,rmiller-efile@perkinscoie.com
**James S. Nabwangu**
jnabwangu@sparerlaw.com
**Darren A. Natvig**
dnatvig@irwin-boesen.com

**Christopher J. Orrico**
corrico@milberg.com
**Matthew D. Pearson**
mpearson@bermandevalerio.com,ysoboleva@bermandevalerio.com
**Charles J. Piven**
piven@browerpiven.com
**Charles Michael Plavi , II**
cmp@classactionlaw.com,anv@classactionlaw.com
**Scott E. Poynter**
scott@emersonpoynter.com,tanya@emersonpoynter.com,swilson@emersonpoynter.com
**Andrei V. Rado**
arado@milberg.com,MAOffice@milberg.com
**Roland W. Riggs , IV**
rriggs@milberg.com
**Darren J. Robbins**
pilarc@rgrdlaw.com,e_file_sd@rgrdlaw.com
**Samuel H. Rudman**
srudman@csgrr.com,dgonzales@csgrr.com
**Sherrie R. Savett**
ssavett@bm.net,mgatter@bm.net
**Peter E. Seidman**
pseidman@milberg.com
**Christina H.C. Sharp**
chc@girardgibbs.com,as@girardgibbs.com,amv@girardgibbs.com,ale@girardgibbs.com
**Aaron Michael Sheanin**
amv@girardgibbs.com,ams@girardgibbs.com
**Kip Brian Shuman**
kip@shumanlawfirm.com,rusty@shumanlawfirm.com
**Mark David Smilow**
msmilow@weisslurie.com
**Alan W. Sparer**
asparer@sparerlaw.com,nblake@sparerlaw.com,dcorkran@sparerlaw.com,playzer@sparerlaw.com
**Steven Shane Sparling**
ssparling@kramerlevin.com
**Olimpio Lee Squitieri**
Lee@sfclasslaw.com,cathy@sfclasslaw.com
**Joseph J. Tabacco , Jr**
jtabacco@bermandevalerio.com,stuiasosopo@bermandevalerio.com,ysoboleva@bermandevalerio.com
**Steven J. Toll**
stoll@cohenmilstein.com,efilings@cohenmilstein.com
**Kirk Douglas Tresemer**
ktresemer@coloradolawyers.com
**David C. Walton**
davew@csgrr.com,hdemag@csgrr.com

**Joseph H. Weiss**
jweiss@weisslurie.com,infony@weisslurie.com
**Douglas S. Wilens**
dwilens@rgrdlaw.com,e_file_fl@rgrdlaw.com
**Shawn A. Williams**
shawnw@csgrr.com

/s/Arthur H. Aufses III
Arthur H. Aufses III
Steven S. Sparling
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
aaufses@kramerlevin.com

Attorneys for Defendants John Cannon, Thomas W. Courtney, David K. Downes, Matthew P. Fink, Robert G. Galli, Phillip A. Griffiths, Lacy B. Herrmann, Mary F. Miller, Joel W. Motley, Kenneth A. Randall, Russell S. Reynolds, Jr., Joseph M. Wikler, Peter I. Wold, Brian F. Wruble, and Clayton K. Yeutter, Oppenheimer AMT-Free Municipals, Oppenheimer AMT-Free New York Municipals, and Rochester Fund Municipals