**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Master Docket No. **09-md-02063-JLK-KMT** (MDL Docket No. 2063)

**IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION**

This document relates to all the MDL actions.

---

**THE FUNDS/INDEPENDENT TRUSTEE DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE "LEVERAGE RATIO" CLAIMS**

---

Defendants John Cannon, Paul Y. Clinton, Thomas W. Courtney, David K. Downes, Matthew P. Fink, Robert G. Galli, Phillip A. Griffiths, Lacy B. Herrmann, Mary F. Miller, Joel W. Motley, Kenneth A. Randall, Russell S. Reynolds, Jr., Joseph M. Wikler, Peter I. Wold, Brian F. Wruble, and Clayton K. Yeutter (collectively, the "Independent Trustee Defendants") and Oppenheimer AMT-Free Municipals, Oppenheimer AMT-Free New York Municipals, Oppenheimer California Municipal Fund, Oppenheimer Multi-State Municipal Trust, Oppenheimer New Jersey Municipal Fund, Oppenheimer Pennsylvania Municipal Fund, Oppenheimer Rochester National Municipals, and Rochester Fund Municipals (the "Funds" and, collectively with the Independent Trustee Defendants, the "Funds/Independent Trustees"), respectfully submit this Reply in Support of Their Motion for Partial Summary Judgment on the "Leverage Ratio" Claims.

The Funds/Independent Trustees join in and adopt all of the arguments set forth in the Oppenheimer Defendants' Reply in Support of Their Motion for Partial Summary Judgment on the "Leverage Ratio" Claims ("OFI Summary Judgment Reply"), filed on December 7, 2012 on

behalf of OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc., Scott Cottier, Ronald H. Fielding, Daniel G. Loughran, John V. Murphy, Troy E. Willis, Brian W. Wixted, and MassMutual Life Insurance Co. (collectively, the "Oppenheimer Defendants"). For all of the reasons set forth in the OFI Summary Judgment Reply, the Funds/Independent Trustees respectfully submit that the Court should grant the relief sought by the Oppenheimer Defendants.

Dated this 7th day of December, 2012.

          Respectfully submitted,

          /s/Arthur H. Aufses III
          Arthur H. Aufses III
          Steven S. Sparling
          Kramer Levin Naftalis & Frankel LLP
          1177 Avenue of the Americas
          New York, NY 10036
          (212) 715-9100
          aaufses@kramerlevin.com

          - and -

          Edward T. Lyons, Jr.
          Jones & Keller, P.C.
          1999 Broadway, Suite 3150
          Denver, CO 80202
          (303) 573-1600
          elyons@joneskeller.com

          Attorneys for Defendants John Cannon, Thomas W. Courtney, David K. Downes, Matthew P. Fink, Robert G. Galli, Phillip A. Griffiths, Lacy B. Herrmann, Mary F. Miller, Joel W. Motley, Kenneth A. Randall, Russell S. Reynolds, Jr., Joseph M. Wikler, Peter I. Wold, Brian F. Wruble, and Clayton K. Yeutter, Oppenheimer AMT-Free Municipals, Oppenheimer AMT-Free New York Municipals, Oppenheimer California Municipal Fund, Oppenheimer Multi-State Municipal Trust, Oppenheimer New Jersey Municipal Fund, Oppenheimer Pennsylvania

          Municipal Fund, Oppenheimer Rochester National Municipals, and Rochester Fund Municipals

## CERTIFICATE OF SERVICE

        I hereby certify that on this 7th day of December, 2012, I filed a true and correct copy of the foregoing **Reply in Support of Motion for Partial Summary Judgment on the "Leverage Ratio" Claims** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**Jeffrey S. Abraham**
jabraham@aftlaw.com
**Glen L. Abramson**
gabramson@bm.net,gelliott@bm.net
**Arthur H. Aufses , III**
aaufses@kramerlevin.com
**Jeffrey Allen Berens**
jeff@dyerberens.com,jeffreyberens@comcast.net,darby@dyerberens.com
**Francis A. Bottini , Jr**
fbottini@cfsblaw.com,lcox@cfsblaw.com,aringer@cfsblaw.com,sammirati@cfsblaw.com
**Stephen D. Bunch**
dbunch@cohenmilstein.com,efilings@cohenmilstein.com
**Gary E. Cantor**
gcantor@bm.net
**Karen Jean Cody-Hopkins**
karen@codyhopkinslaw.com
**Patrick V. Dahlstrom**
pdahlstrom@pomlaw.com
**William K. Dodds**
william.dodds@dechert.com,scott.kessenick@dechert.com,kate.okeeffe@dechert.com,luis.lopez@dechert.com
**Robert J. Dyer , III**
bob@dyerberens.com
**Alan I. Ellman**
aellman@labaton.com,electroniccasefiling@labaton.com
**John Givens Emerson**
jemerson@emersonpoynter.com,tanya@emersonpoynter.com
**Joshua David Franklin**
jfranklin@davisandceriani.com,lburch@davisandceriani.com
**Jack G. Fruchter**
jfruchter@aftlaw.com
**William H. Garvin , III**
wgarvin@garvinlawfirm.com
**Paul J. Geller**
pgeller@rgrdlaw.com,e_file_fl@rgrdlaw.com
**Daniel Charles Girard**
dcg@girardgibbs.com,akl@girardgibbs.com
**Lionel Z. Glancy**
lglancy@glancylaw.com,info@glancylaw.com

**Gary S. Graifman**
ggraifman@kgglaw.com,ccornfield@kgglaw.com
**John K. Grant**
johnkg@csgrr.com
**Marc C. Haber**
mhaber@sparerlaw.com
**Christopher J. Keller**
ckeller@labaton.com,electroniccasefiling@labaton.com
**Phillip C. Kim**
pkim@rosenlegal.com
**Lawrence L. Klayman**
lklayman@nasd-law.com
**Kristin A. Knudson**
kristin@dyerberens.com
**Catherine J. Kowalewski**
katek@csgrr.com,hdemag@csgrr.com
**Jeffrey Robert Krinsk**
jrk@classactionlaw.com,anv@classactionlaw.com
**Matthew L. Larrabee**
matthew.larrabee@dechert.com,michael.doluisio@dechert.com,reginald.zeigler@dechert.com,joshua.hess@dechert.com,david.burkhart@dechert.com
**Nicole C. Lavallee**
nlavallee@bermandevalerio.com,stuiasosopo@bermandevalerio.com,ysoboleva@bermandevalerio.com
**Eric Lechtzin**
elechtzin@bm.net
**Jonathan Krasne Levine**
jkl@girardgibbs.com,amv@girardgibbs.com
**Lawrence D. Levit**
llevit@aftlaw.com
**Charles Walter Lilley**
clilley@lilleylaw.com
**Lino S. Lipinsky de Orlov**
llipinsky@mckennalong.com,lfking@mckennalong.com
**Howard T. Longman**
Tsvi@aol.com,jasondag@ssbny.com
**Edward Thomas Lyons , Jr**
elyons@joneskeller.com,rmesch@joneskeller.com
**Lisa M. Mezzetti**
lmezzetti@cohenmilstein.com,efilings@cohenmilstein.com
**Robert Nolen Miller**
rmiller@perkinscoie.com,rmiller-efile@perkinscoie.com
**James S. Nabwangu**
jnabwangu@sparerlaw.com
**Darren A. Natvig**
dnatvig@irwin-boesen.com

**Christopher J. Orrico**
corrico@milberg.com
**Matthew D. Pearson**
mpearson@bermandevalerio.com,ysoboleva@bermandevalerio.com
**Charles J. Piven**
piven@browerpiven.com
**Charles Michael Plavi , II**
cmp@classactionlaw.com,anv@classactionlaw.com
**Scott E. Poynter**
scott@emersonpoynter.com,tanya@emersonpoynter.com,swilson@emersonpoynter.com
**Andrei V. Rado**
arado@milberg.com,MAOffice@milberg.com
**Roland W. Riggs , IV**
rriggs@milberg.com
**Darren J. Robbins**
pilarc@rgrdlaw.com,e_file_sd@rgrdlaw.com
**Samuel H. Rudman**
srudman@csgrr.com,dgonzales@csgrr.com
**Sherrie R. Savett**
ssavett@bm.net,mgatter@bm.net
**Peter E. Seidman**
pseidman@milberg.com
**Christina H.C. Sharp**
chc@girardgibbs.com,as@girardgibbs.com,amv@girardgibbs.com,ale@girardgibbs.com
**Aaron Michael Sheanin**
amv@girardgibbs.com,ams@girardgibbs.com
**Kip Brian Shuman**
kip@shumanlawfirm.com,rusty@shumanlawfirm.com
**Mark David Smilow**
msmilow@weisslurie.com
**Alan W. Sparer**
asparer@sparerlaw.com,nblake@sparerlaw.com,dcorkran@sparerlaw.com,playzer@sparerlaw.com
**Steven Shane Sparling**
ssparling@kramerlevin.com
**Olimpio Lee Squitieri**
Lee@sfclasslaw.com,cathy@sfclasslaw.com
**Joseph J. Tabacco , Jr**
jtabacco@bermandevalerio.com,stuiasosopo@bermandevalerio.com,ysoboleva@bermandevalerio.com
**Steven J. Toll**
stoll@cohenmilstein.com,efilings@cohenmilstein.com
**Kirk Douglas Tresemer**
ktresemer@coloradolawyers.com
**David C. Walton**
davew@csgrr.com,hdemag@csgrr.com

**Joseph H. Weiss**
jweiss@weisslurie.com,infony@weisslurie.com
**Douglas S. Wilens**
dwilens@rgrdlaw.com,e_file_fl@rgrdlaw.com
**Shawn A. Williams**
shawnw@csgrr.com

/s/Arthur H. Aufses III
Arthur H. Aufses III
Steven S. Sparling
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
aaufses@kramerlevin.com

Attorneys for Defendants John Cannon, Thomas W. Courtney, David K. Downes, Matthew P. Fink, Robert G. Galli, Phillip A. Griffiths, Lacy B. Herrmann, Mary F. Miller, Joel W. Motley, Kenneth A. Randall, Russell S. Reynolds, Jr., Joseph M. Wikler, Peter I. Wold, Brian F. Wruble, and Clayton K. Yeutter, Oppenheimer AMT-Free Municipals, Oppenheimer AMT-Free New York Municipals, Oppenheimer California Municipal Fund, Oppenheimer Multi-State Municipal Trust, Oppenheimer New Jersey Municipal Fund, Oppenheimer Pennsylvania Municipal Fund, Oppenheimer Rochester National Municipals, and Rochester Fund Municipals