UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Master Docket No. **09-md-02063-JLK-KMT** (MDL Docket No. 2063)

IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION

This document relates to all of the MDL actions.

**ORDER DENYING MOTION FOR PARTIAL SUMMARY JUDGMENT
ON "LEVERAGE RATIO" CLAIMS**

Kane, J.

Defendants' Motion for Partial Summary Judgment on "Leverage Ratio" Claims (Doc. 391) seeks to tie individual lead plaintiff investors to deposition testimony indicating they didn't understand/think/care about the concept of "leverage ratios" as it related to their various Oppenheimer Rochester Group Municipal Fund investments. Defendants argue these admissions demonstrate conclusively that leverage ratio information was "immaterial" to each Lead Plaintiff, entitling Defendants to summary judgment on that aspect of Plaintiffs' theory of relief that says Fund Prospectuses were rendered materially misleading by that information's omission. Given the nature of Plaintiffs' claims in this case, I reject the argument and deny Defendants' Motion.

Plaintiffs' claims in this case are premised on a theory that the Rochester Funds' stated investment objectives and implied price volatility assurances were rendered materially misleading by the Funds' heavy investment in derivative instruments known as inverse floaters. That these already leveraged securities were leveraged further by the application of multipliers is part of the overall mechanism of activity and information

that, kept from Plaintiffs, allegedly rendered the registration statements materially misleading. Plaintiffs' "leverage ratio" allegations are intertwined with other allegations regarding liquidity, negative equity, and bond collapses and cannot be viewed in isolation. I decline to adjudicate them piecemeal in the fashion suggested.

Defendants' Motion for Partial Summary Judgment on "Leverage Ratio" Claims (Doc. 391) is DENIED.

Dated March 22, 2013.

                                                  **s/John L. Kane**
                                                  SENIOR U.S. DISTRICT JUDGE