# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Master Docket No. 09-md-02063-JLK-KMT (MDL Docket No. 2063)

**IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION**

This document relates to the **California actions.**

---

### AMENDED ORDER SETTING HEARING ON DEFENDANT'S
### MOTION TO COMPEL DISCOVERY
### FROM PLAINTIFF JOSEPH STOCKWELL
*(CORRECTING CAPTION ONLY)*

---

Defendants' Motion to Compel Discovery from Plaintiff Joseph Stockwell is set for hearing on June 28, 2013 at 10:00 a.m. before Judge John L. Kane in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

SO ORDERED this 4th day of June, 2013.

BY THE COURT:

*s/John L. Kane*_____
JUDGE JOHN L. KANE
Senior United States District Court Judge