## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Date:  June 28, 2013               Courtroom Deputy Clerk: Emily Seamon
                                   Court Reporter: Mary George

Master Docket No.: 09-md-02063-JLK-KMT

IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION

Counsel for Plaintiffs
  Alan Sparer
  Marc Haber
  Rusty Glenn
  Dena Connolly Sharp

Counsel for Defendants
  Matthew Larrabee
  Peter Kreher
  Lino Lipinsky de Orlov

### COURTROOM MINUTES

**Motion Hearing**

**10:07 a.m.   Court in session.**

Court calls case.

Preliminary remarks by the Court.

Before the Court today is Defendants' Motion to Compel Discovery from Plaintiff Joseph Stockwell [Doc. No. 443].

10:09 a.m.   Argument by Mr. Larrabee.

10:28 a.m.   Argument by Mr. Sparer.

10:50 a.m.   Rebuttal argument by Mr. Larrabee.

Court's findings and conclusions.

*09-md-02063-JLK-KMT*
*Motion Hearing*
*June 28, 2013*

**ORDERED:** Defendants' Motion to Compel Discovery from Plaintiff Joseph Stockwell [Doc. No. 443, filed April 25, 2013] is GRANTED. Plaintiffs have 30 days to provide full, complete, and responsive answers to the interrogatories that are the subject of the motion. If counsel need additional time, the Court will consider a motion if counsel cannot agree as to how much time is necessary. The answers may be supplemented as discovery progresses. The plaintiffs should provide answers directly related to the plaintiffs' burden of proving the facts alleged and which have survived dismissal in the consolidated complaint.

Discussion regarding Lead Plaintiff Joseph Stockwell's Motion to Compel Production of Credit Files for the California Fund's "Self-rated" Bonds [Doc. No. 463] and the supporting declaration [Doc. No. 464].

**ORDERED:** The Lead Plaintiff Joseph Stockwell's Motion to Compel Production of Credit Files for the California Fund's "Self-rated" Bonds [Doc. No. 463] and the supporting declaration [Doc. No. 464] shall be UNRESTRICTED as of today's date.

**10:58 a.m.   Court in recess.**
Hearing concluded.
Time in court - 00:51