**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge John L. Kane**

Master Docket No. **09-md-02063-JLK-KMT** (MDL Docket No. 2063)

**IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION**

This document relates to:  All Cases

---

**ORDER GRANTING DEFENDANTS' MOTION FOR A STAY OF DEPOSITIONS AND HOLDING ALL PENDING DISPOSITIVE MOTIONS IN ABEYANCE**

Kane, J.

Having reviewed Defendants' Motion for a Stay of Depositions to Facilitate Negotiation and Approval of Settlements and, being fully advised in the premises, it is hereby ORDERED that

1. all DEPOSITIONS in these consolidated class actions ARE STAYED pending approval of settlements (the "Settlements") in the National, AMT-Free, Rochester Fund Municipals, AMT-Free New York, Pennsylvania, and New Jersey Fund cases; and

2. that after I rule on the anticipated motion for preliminary approval of the Settlements, defendants and the California plaintiff SHALL SUBMIT A NEW PROPOSED SCHEDULING ORDER that extends the fact discovery deadlines, and all subsequent deadlines, in light of the stay.

In addition, and on my own Motion, I affirm and formally ORDER that all pending dispositive Motions in these consolidated class actions ARE HELD IN ABEYANCE until further order of the Court.

Dated August 30, 2013.                    s/John L. Kane
                                          SENIOR U.S. DISTRICT JUDGE