UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Master Docket No. **09-md-02063-JLK-KMT** (MDL Docket No. 2063)

**IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION**

This document relates to: All cases

**ORDER re Doc. 488**

Kane, J.

Having reviewed Lead Plaintiff Joseph Stockwell's Motion to Enter Scheduling Order (Doc. 488), and being mindful of the strain the current discovery stay places on counsel and litigants in the California class action, I nevertheless **DENY** the Motion pending final approval of the settlements that have been preliminarily approved in six of the seven consolidated class actions in the Rochester Funds Group Securities Litigation. The final approval hearing is set for July 31, 2014. While this means another four-month delay in the resumption of discovery proceedings in the California litigation, the time is minimal in the context of the greater nationwide Rochester Funds class actions. The discovery stay will be lifted immediately after the July 31 hearing whatever its outcome. Until then, the stay remains in place and the Motion to Enter Scheduling Order (Doc. 488) is **DENIED.**

Dated March 24, 2014.              **s/John L. Kane**
                                   SENIOR U.S. DISTRICT JUDGE