**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Master Docket No. **09-md-02063-JLK-KMT** (MDL Docket No. 2063)

**IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION**

This document relates to: *In re California Municipal Fund*

> 09-cv-01848-JLK-KMT (Lowe)
> 09-cv-01485-JLK-KMT (Rivera)
> 09-cv-01486-JLK-KMT (Tackmann)
> 09-cv-01487-JLK-KMT (Milhem)

**ORDER GRANTING JOINT MOTION FOR
AMENDMENT OF SCHEDULING ORDER**

THE COURT, having reviewed the parties' Joint Motion for Amendment of Scheduling Order and, being fully advised in the premises, hereby

FINDS that good cause exists to amend the Scheduling Order (ECF No. 533) entered in this action on September 22, 2014, and, therefore,

ORDERS that the parties proceed under the following revised schedule for the remaining pretrial activities in this case:

| Event | Proposed Date |
|---|---|
| Deadline to designate experts and serve information specified in Fed. R. Civ. P. 26(a)(2) as to issues on which the designating party bears the burden of proof | March 13, 2015 |

-2-

| Event | Proposed Date |
|---|---|
| Deadline to designate rebuttal experts and serve rebuttal information specified in Fed. R. Civ. P. 26(a)(2) | May 13, 2015 |
| Deadline to complete expert discovery | July 27, 2015 |
| Deadline to file dispositive motions | No dispositive motion is due until after the Court has ruled on Plaintiff's pending Motion for Class Certification. Dispositive motions are due on the later of: (1) September 25, 2015; (2) 45 days after the denial of Plaintiff's Motion for Class Certification; or (3) 45 days after the opt-out period has run following class notice, assuming that Plaintiff's Motion for Class Certification has been granted. |
| Deadline to oppose dispositive motions | 45 days after the filing of dispositive motions |
| Deadline to file replies in support of dispositive motions | 37 days after the filing of the oppositions to dispositive motions |
| Hearing on dispositive motions | To be determined by the Court |
| Deadline to file joint pretrial order | None to be filed |
| Deadline to notify Court re intent to remand to transferor court | 30 days after a ruling on dispositive motion(s) |

SO ORDERED this 4th day of February, 2015.

BY THE COURT:

*s/John L. Kane*
John L. Kane
Senior United States District Court Judge