**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Master Docket No. 09-md-02063-JLK-KMT (MDL Docket No. 2063)

**IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION**

This document relates to:    *In re California Municipal Fund*
09-cv-01484-JLK-KMT (Lowe)
09-cv-01485-JLK-KMT (Rivera)
09-cv-01486-JLK-KMT (Tackmann)
09-cv-01487-JLK-KMT (Milhem)

___

**ORDER GRANTING TEMPORARY STAY AND REQUEST FOR STATUS CONFERENCE**
___

The Court, having reviewed the parties' joint motion, hereby ORDERS a temporary stay of discovery, including the service of rebuttal expert reports, in the above-referenced action pending a status conference to be scheduled promptly following the Tenth Circuit's issuance of a further order directing the parties on appellate proceedings and in any event no later than 30 days from the date of this Order. Once the stay is lifted, the schedule shall be as follows:

| Event | Proposed Date |
|---|---|
| Deadline to designate rebuttal experts and serve rebuttal information specified in Fed. R. Civ. P. 26(a)(2) | Twenty-six (26) days after the termination of the stay |
| Deadline to complete expert discovery | Seventy-five (75) days after the designation of rebuttal reports. |

| **Event** | **Proposed Date** |
|---|---|
| Deadline to file dispositive motions | No dispositive motion is due until after the Court has ruled on Plaintiff's pending Motion for Class Certification. Dispositive motions are due on the later of: (1) sixty (60) days after the completion of expert discovery; (2) 45 days after the denial of Plaintiff's Motion for Class Certification; or (3) 45 days after the opt-out period has run following class notice, assuming that Plaintiff's Motion for Class Certification has been granted. |
| Deadline to oppose dispositive motions | 45 days after the filing of dispositive motions |
| Deadline to file replies in support of dispositive motions | 37 days after the filing of the oppositions to dispositive motions |
| Hearing on dispositive motions | To be determined by the Court |
| Deadline to file joint pretrial order | None to be filed |
| Deadline to notify Court re intent to remand to transferor court | 30 days after a ruling on dispositive motion(s) |

SO ORDERED this 7th day of May, 2015.

BY THE COURT:

*s/John L. Kane*
JUDGE JOHN L. KANE
United States District Judge