**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Master Docket No. **09-md-02063-JLK-KMT** (MDL Docket No. 2063)

**IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION**

This document relates to:  *In re California Municipal Fund*

>  09-cv-01848-JLK-KMT (Lowe)
>  09-cv-01485-JLK-KMT (Rivera)
>  09-cv-01486-JLK-KMT (Tackmann)
>  09-cv-01487-JLK-KMT (Milhem)

---

**ORDER REGARDING JULY 21, 2015, EVIDENTIARY HEARING ON CLASS CERTIFICATION**

---

The Court has reviewed the parties' conflicting motions (Docs. 570 and 571) for entry of an order governing procedures for the July 21, 2015 hearing on class certification.  The motions are **GRANTED** as follows:

The motion for class certification will be heard as scheduled starting at 9:00 a.m. on July 21, 2015, with a recess from noon to 1:00 p.m., and concluding at 4:30 p.m.

The plaintiff shall have four hours to present evidence, including testimony, followed by the next four hours for the defendant to present evidence, including testimony.

The next day, July 22, 2015, court will reconvene at 10:00 a.m. to complete defendants' presentation and any rebuttal reserved in advance by plaintiff from his

allotted four hours, with a recess from noon to 1:00 p.m., to conclude no later than 5:00 p.m.

Arguments will start at 1:00 p.m. on July 22, 2015, and each side will have ninety minutes. The plaintiff may divide his ninety minutes between the argument and rebuttal as he deems best. Each side may present whatever evidentiary documents and transcripts he or it desires, provided that such documents are numbered and exchanged between counsel no later than 5:00 p.m. on July 15, 2015. Each deposition and each video must be specifically edited to those portions to be offered. All depositions so marked must be filed with the Court with counter designations no later than close of business on July 16, 2015. The Court will read the designated portions of depositions in advance of the commencement of the hearing on July 21.

Each side will present notebooks containing all exhibits and/or references to bulky exhibits to the Court no later than close of business on July 17, 2015.

SO ORDERED this 30th day of June, 2015.

BY THE COURT:

*John L. Kane*

John L. Kane
Senior United States District Court Judge