**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge John L. Kane**

Master Docket No. 09-md-02063-JLK-KMT (MDL Docket No. 2063)

**IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION**

This document relates to:     *In re California Municipal Fund*
                              09-cv-01484-JLK-KMT (Lowe)
                              09-cv-01485-JLK-KMT (Rivera)
                              09-cv-01486-JLK-KMT (Tackmann)
                              09-cv-01487-JLK-KMT (Milhem)

---

**PLAINTIFF'S ORDER GRANTING AMENDMENT OF**
**SCHEDULING ORDER**

---

The Court, having reviewed Lead Plaintiff's Motion for Amendment of Scheduling Order, hereby APPROVES the schedule submitted by Lead Plaintiff and amends the Scheduling Order (ECF No. 555) entered on May 7, 2015, and ORDERS that the parties proceed under the following revised schedule for the remaining pretrial activities in this case:

| Event | Proposed Date |
|---|---|
| Deadline to complete expert discovery | April 22, 2016 |
| Deadline to file dispositive motions and *Daubert* motions | June 21, 2016 |
| Deadline to file oppositions to dispositive and *Daubert* motions | August 5, 2016 |
| Deadline to file replies in support of dispositive and *Daubert* motions | September 12, 2016 |

| Event | Proposed Date |
|---|---|
| Hearing on dispositive and *Daubert* motions if requested by the Court | To be determined by the Court |
| Deadline to notify Court re intent to seek remand to transferor court | 30 days after a ruling on dispositive and *Daubert* motions(s) |

SO ORDERED this 28th day of January, 2016.

BY THE COURT:

_____

JOHN L. KANE
Senior U.S. District Court Judge