**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Master Docket No. **09-md-02063-JLK-KMT** (MDL Docket No. 2063)

**IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION**

This document relates to:   *In re California Municipal Fund*
09-cv-01484-JLK-KMT (Lowe)
09-cv-01485-JLK-KMT (Rivera)
09-cv-01486-JLK-KMT (Tackmann)
09-cv-01487-JLK-KMT (Milhem)

**AMENDED ORDER FOR APPROVAL OF NOTICE PLAN**

On January 28, 2016, the Court granted (Doc. 600) Plaintiff's Motion for and Approval of Notice of Class Certification and Notice Plan (Doc. 591). The Court stated that "[b]ecause the dates in the proposed Plan have likely changed given the delay caused by the remand request, Plaintiff shall SUBMIT an updated form Order to Kane_Chambers@cod.uscourts.gov on or before Wednesday, February 3, 2016." Doc. 600. While Defendants met the original January 15, 2016 deadline to provide the notice administrator, Epiq Class Action and Claims Solutions, Inc. with contact information for the pertinent Oppenheimer individual and omnibus customer accounts, Epiq held in abeyance making contact with the financial intermediaries who are custodians for the omnibus accounts pending issuance of an order approving the Plan for class notice.

Accordingly, Plaintiff requests a brief extension of the schedule he previously proposed and until March 15, 2016 for Epiq to complete the process of obtaining contact information for the class members who are beneficial owners of the omnibus accounts.

The additional time requested will not affect any dates in the current scheduling order and Defendants do not object to the amendment of the Plan.

The Court therefore **ORDERS** that the parties proceed pursuant to the following Notice Plan and that the previously approved Class Notice be modified consistent with these deadlines:

| Date | Event |
| --- | --- |
| March 15, 2016 | Deadline for Epiq to disseminate notice to all individual customer account holders and all investors associated with an omnibus account for which Epiq has received contact information. |
| March 17, 2016 | Deadline for Epiq to publish summary notice in *Investor's Business Daily* and over *PR Newswire*. |
| April 29, 2016 (45 days after dissemination of notice) | Deadline for class members to opt out of the class by following the instructions in the proposed notice at page 5, section 10. |

The Court **FURTHER ORDERS** the financial intermediaries holding omnibus accounts and having access to class member information to promptly comply with any request made by Epiq for relevant investor contact information in usable electronic form.

SO ORDERED this 2nd day of February, 2016.

BY THE COURT:

_____
JOHN L. KANE
Senior United States District Court Judge