# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge John L. Kane

Master Docket No. **09-md-02063-JLK-KMT** (MDL Docket No. 2063)

**IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION**

This document relates to:  *In re California Municipal Fund*

> 09-cv-01848-JLK-KMT (Lowe)
> 09-cv-01485-JLK-KMT (Rivera)
> 09-cv-01486-JLK-KMT (Tackmann)
> 09-cv-01487-JLK-KMT (Milhem)

___

### ORDER CONCERNING THE CONDUCT OF EXPERT DEPOSITIONS AFTER THE CLOSE OF EXPERT DISCOVERY
___

The Court, having reviewed the unopposed motion (Doc. 607) submitted by Lead Plaintiff Joseph Stockwell and Defendants[1] to conduct the depositions of four experts (Gifford Fong, Stuart Coleman, Candace Preston and Christopher James) after the April 22, 2016 deadline for completion of expert discovery hereby **APPROVES** the parties' motion. The parties have advised that they anticipate completing the above-referenced depositions by no later than May 13, 2016.

The Court **FURTHER ORDERS** that the conduct of these depositions after the deadline for completion of expert discovery does not alter the Amended Scheduling Order the Court entered on January 28, 2016 (ECF No. 601).

___

[1] OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc., John V. Murphy, Brian W. Wixted, Ronald H. Fielding, Daniel G. Loughran, Scott Cottier, Troy E. Willis, Massachusetts Mutual Life Insurance Company, Oppenheimer California Municipal Fund, David K. Downes, Matthew P. Fink, Robert G. Galli, Phillip A. Griffiths, Mary F. Miller, Joel W. Motley, Kenneth A. Randall, Russell S. Reynolds, Jr., Joseph M. Wikler, Peter I. Wold, Brian F. Wruble and Clayton K. Yeuter.

-2-

SO ORDERED this 21st day of April, 2016.

BY THE COURT:

*[signature: John L. Kane]*

JUDGE JOHN L. KANE
Senior United States District Court Judge