**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge John L. Kane**

Master Docket No. 09-md-02063-JLK-KMT (MDL Docket No. 2063)

**IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION**

This document relates to:   *In re California Municipal Fund*

       09-cv-01484-JLK-KMT (Lowe)
       09-cv-01485-JLK-KMT (Rivera)
       09-cv-01486-JLK-KMT (Tackmann)
       09-cv-01487-JLK-KMT (Milhem)

_____

**DECLARATION OF MARC HABER IN SUPPORT OF**
**PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF OZGUR KAN**
_____

I, Marc Haber, declare as follows:

1. I am an attorney at Sparer Law Group and am admitted to practice in this District. I submit this Declaration in support of Plaintiff's Motion to Exclude Testimony of Ozgur Kan. If called to testify as to the contents of this declaration, I could and would competently do so.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the March 13, 2015 Expert Report Of Neil G. Budnick, Plaintiff's expert.

3. Attached hereto as Exhibit 2 is a true and correct copy of the February 25, 2016 revised Expert Report Of Ozgur B. Kan, Defendants' expert.

1

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from Deposition Exhibit 526, itself an excerpt from Herwig M. Langohr and Patricia T. Langohr, *The Rating Agencies and their Credit Ratings - What They Are, How They Work and Why They Are Relevant* (John Wiley Sons Ltd. 2008).

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the April 5, 2016 deposition transcript of Ozgur B. Kan.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Errata Sheet for the April 5, 2016 deposition transcript of Ozgur B. Kan.

7. Attached hereto as Exhibit 6 is a true and correct copy of Standard & Poor's *Global Credit Portal – RatingsDirect – Rating Performance And Comparability: 2011 Update On The Modified Gini Coefficient Study* (June 16, 2011) (the "S&P Report).

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from Deposition Exhibit 529, Moody's Investors Service, Global Credit Research, *Special Comment - Measuring The Performance Of Corporate Bond Ratings* (April 2003) ("Moody's Special Comment").

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from Moody's Investor Service, *Special Comment, US Municipal Bond Defaults and Recoveries, 1970-2014* (July 24, 2015).

10. Attached hereto as Exhibit 9 is a true and correct copy of current webpage printouts from Moody's Investors Service and Moody's Analytics, https://www.moodys.com/Pages/atc.aspx (last accessed June 13, 2016).

11. Attached hereto as Exhibit 10 is a true and correct copy of the Curriculum Vitae of Ozgur B. Kan, from the Berkeley Research Group webpage, http://www.thinkbrg.com/media/bio/323_Kan_Ozgur_CV.pdf (last accessed June 13, 2016).

12. Attached hereto as Exhibit 11 is a true and correct copy of the Declaration Of Mark Adelson dated June 16, 2016, former chief credit officer for Standard & Poor's and current editor of "The Journal of Structured Finance."

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on June 21, 2016 in San Francisco, California.

                */s/ Marc Haber*
                Marc Haber

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2016, I served a true and correct copy of the foregoing Plaintiffs' Motion to Exclude Testimony of DECLARATION OF MARC HABER IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF OZGUR KAN with the Clerk of Court using the CM/ECF system.

                                                                 */s/ Marc Haber*
                                                                   Marc Haber